Exhibit #2

**FILED**
HARRISBURG PA

FEB 1 7 2016

MARIA E. ELKUN, CLERK
Per_____

U.S
Right of Way Authority
Reading Company Charters Chief of Police
Land & Title Federal Registry System

Right of Way Authority Commission in Accordance to U. S Congress Act S. 4017 to Railroad owned by Reading Company, a Private Corporation, also Contracting of Land & Title a Federal Registry System for Secure and Enforcement of Mortgage Licensing Act of 2008 S.A.F.E, Mortgage Licensing Act" (12 United States Code, Section 5100 et. ) in North America.
Reading Company is the owner of United States Charters Railroad Land of the 13 Original State and Federal Private purchases.

in the Matter of the Queen of England Declaration to the ownership of the Canada Land in North America is Based on Fraud and False Claim by the Private Corporation of:

Hudson's Bay Company
Hudson's Bay Department
North West Company

Investigation in Details and Supporting by United States Archives paper and documents :

I- King Charles II, Limited Hudson's Bay Company, Charter Grant of 1670 to Sole Trading Rights in Hudson's Bay Drainage Basin and only in Fur Trade.
II- Canada land Claim By the British Queen is based on Fraud and false Claim since the United States Federal Government had Purchased the Land Title Rights from France in Louisiana Purchase as shown in Map to North America to Hudson Bay Basin Grant was only for Fur Trade because the Land had been Claimed By the French King, that why King Charles II limited Hudson's Bay Charter right to Trade in Fur and only in the Hudson's Bay Basin.

the NorthWest Company from Montreal, Canada and the Hudson's Bay Company become one corporation under the Name of Hudson's Bay Department, the Merger of both Corporation is Granted in Fur Trade only and in the Hudson's Bay Basin only.
the incorporator and their successors were made Lord Proprietor of the territories land granted by the Governments of British, under the England Queen Claim to the Title of dominion of Canada Land expansion in North America was based on Hudson's *Bay Company illegally land Sales to the Province of Alberta, British Columbia, Manitoba, Newfoundland, Labrador, Prince Edward Island, and Saskatchewan and the three territories Northwest, the Nunavut and Yukon are Sized to United States Federal Government by U.S Right of Way Authority, Land & Title a United States Federal Registry System to North America Land.*

*the Union of the Northwest Company, Between Canada and British Privateer for the Purpose of occupation by England Government Military in Canada and established a political Claim on United States of America Land by force, fraud, and false Claim.*
*in the cession made by the preceding article are including the adjacent Islands of Grand Menan, belonging to United States.*

*The inhabitants of the ceded territory shall be incorporated in the Union of the United States and admitted as soon as possible according to the principles of the Federal Constitution to the enjoyment of all the rights, advantages and immunities of citizens of the United States; and in the meantime they shall be maintained and protected in the free enjoyment of their liberty, property and the Religion which they profess, " Article III of France 1803 agreement of Lousiana purchase agreement "*

*November 30 1782 in which the Articles agreed upon, by and between Richard Oswald Esquire, the Commissioner of his Britannic Majesty, for treating of Peace with the Commissioner of the United States of America in behalf of his said Majesty on the one part and John Adams, Benjamin Franklin, John Jay and Henry Laurens for the Commissioner of the United States for Treaty of Peace with the Commissioner of his said Majesty after the agreement between Great Britain and France will included. Article 6th - Hostilities were to cease and all British land and sea forces evacuated with all convenient speed ! is enforced on 2016.*

*the Queen of England and or Canadian Government Granted the Right to Appeal the Size of North America Land By United States Federal Government in the Court of Claim at Huggie Netherland.*

*In God we Trust*
*U.S. Right of Way Authority*
*Ibrahim Aly*
*Reading Company Chief of Police*
*2/17/2016*

U.S
Right of Way Authority
Reading Company Charters Chief of Police
Land & Title Federal Registry System

in the Matter of the Queen of England Declaration to the ownership of the Canada Land in North America is Based on Fraud and False Claim by the Private Corporation of:

Hudson's Bay Company
Hudson's Bay Department
North West Company

Union of the Northwest and the Hudson's Bay Company ; 1803 - 1846
Title of Hudson's Bay Company to Rupert Land ;
Rupert's Land Act, 1886 in which the Dominion of Canada purchase Rupert's Land from Hudson's Bay Company violation, in which no Right Granted to Hudson's Bay Charter is for Fur Trade only and no Right Granted in Land in Accordance to King Charles II Charter to Hudson's Bay Company.
By the Deed of Surrender in 1869 the HBC agreed to transfer Rupert's Land back to the crown. In 1870 the territory was incorporated into the new Dominion of Canada. In compensation the HBC received a large sum of money and substantial land holdings. " form Hudson's Bay Company file history"
the Deed of Surrender is the Deed of Occupation in United States of America is Not Permissible and no right ever granted to HBC to own land thereafter no right granted to Sale land thereafter the Claim By England under which Canada is under occupation therefore Canada land Registry is Sized to United State Federal Government. Liberty.of Congress Catalogue Card Number : 72 - 88215 submitted as an Evidence against Hudson's Bay claim in violation to Federal Land Registry,show that Hudson's Bay Company does not have any right to the land, because the 1670 Charter limited the grant to Hudson's Bay Company to Sole Trading Rights in Fur at the Hudson's Bay Drainage Basin thereafter no Right ever grant to trade behind the Hudson's Bay Basin and No Rights ever granted to owned a Land Under which the Political Claim to Land title by the Queen of England in North America was by Fraud and False Claim by Hudson's Bay.

the land of Manitoba in which England purchase the proprietor land right from the Trading Company of Hudson's Bay, British Columbia in 1871 .

on July, 15 1870, Rupert's land and the North - Western Territories were ceded to Canada and Become the North West Territories and Smale Part was made the Province of Manitoba.and Rupert's Land Purchased in 1870 from the Hudson's Bay Company Violation to united States of America Federal Land Registry of North America in Which the Federal Government owned Title to the Land which Hudson's Bay Company Fraud and False Claim in Selling the Land to Canada and in which Canada Under the British occupation no Right Granted to Claim American Land

I- King Charles II, Limited Hudson's Bay Company Charter to Only Fur Trade and also limited the Charter Right area to Only Hudson's Bay Basin .

II- Canada land Claim By British to Manitoba is Fraud and false Claim since the Federal Government of United States had Purchased the Land from France in Louisiana Purchase as shown in Map to North

America to Hudson Bay Basin as Grant only Fur Trade because the Land had been Claimed By the French King, that why King Charles II limited Hudson's Bay Charter right to Trade in Fur and only in the Hudson's Bay Basin as explain by details.

the NorthWest Company and the Hudson's Bay Company become one corporation, the Merger of both Corporation is Granted in Fur Trade only in the Hudson's Bay Basins only.
the incorporator and their successors were made Lord Proprietor of the territories land granted by the Governments of British the Claim owner to the Title Land  in which their Claim based on Hudson's Bay Company Sales of  Canada Land, including its Province and Territories   *" Between Canada and British Privateer for the Purpose of Defraud and Land Occupation by Government and Military to United States of America Federal Land occupied by force and by fraud*

Hudson's Bay Company  Claim to Title Land in Which Hudson's Bay Company Sale the Title of Rupert's Land is Fraud and False Claim because Hudson's Bay Company Limited Charter to Fur Trade without Right to land Claim and or to land Sale in Hudson's Bay Basin or In Oregon Territories.


*the Land of the Province of Alberta, British Columbia, Manitoba, Newfoundland,  Labrador, Prince Edward Island, and Saskatchewan and the three territories  Northwest, the Nunavut and Yukon are Sized to United States Federal Government by U.S Right of Way Authority, Under Land & Title a United States Federal Registry System to North America Land.*

Article the fourth:
the island of Grand Menan in the said Bay of Fundy, are claimed by the United States .
the Canadian land registry is in violation under which the Queen of England claim to the  ownership of the island in which the name had been changed from: Grand Menan island to Grand Manan island *it is fraud and false claim contrary to British Treaty of 1814  thereafter the island is sized by U.S Right of Way Authority land & Title  in behalf of the United States Federal Government on January, 16, 2016.*


the British - American Article of Peace; November 30 1782 in which the Articles agreed upon, by and between Richard Oswald Esquire, the Commissioner of his Britannic Majesty, for treating of Peace with the Commissioner of the United States of America in behalf of his said Majesty on the one part and John Adams, Benjamin Franklin, John Jay and Henry Laurens for the Commissioner of the United States for Treaty of Peace with the Commissioner of his said Majesty after the agreement between Great Britain and France will included.
Article 2 :  In the Subject of the Boundaries of the Said United States from the part of 31st degree point  north of the Equator.
Article 3d.   the inhabitants of the United States shall have Liberty to take Fish of every kind on such part of the Coast of Newfoundland , as British Fishermen shall use ( But not to dry or cure the same on that Island ) and also on the Coast , Bays and Creeks of all other of his Britannic Majesty's Dominion in America and that the American Fishermen shall have Liberty to Dry and Cure Fish in any of the unsettle Bays harbours and Creeks of Nova Scotia, Magdalen Islands and Labrado ..without a previous Agreement for that purpose with the inhabitants Proprietor of Possessors of the Ground.
Article 5th -   the Restitution of such of their Estates Rights and Properties as may have been confiscated.

Article 6th  -  Hostilities were to cease and all British land and sea forces evacuated with all convenient speed !

Year 2016 the Call to end the X Mark since English claim to the Realm by war, Death, and distraction Starting from King William's War ( 1689 ), Queen Anne's War ( 1702 ) King George's War ( 1744 ) and all the other war follow by God Save the Queen.

the British Columbia's Coat of Arms granted by King Edward VII in 1906 and remaining elements of the Coat of Arms granted by the Queen Elizabeth II on October 15, 1987 for the Former Colonies of Vancouver Island and British Columbia violated to United States Federal Government is the Legal owner of the Land in which British Columbia Treaty  Commission Act S.C. 1995, C.45 Assented to 1995 -12-15 an Act respecting the establishment of the British Columbia Treaty Commission

the Treaty negotiations on their behalf with her Majesty in right of Canada and Her Right of British Columbia is Based on False Claim because the Hudson's Bay Company Charter is the Charter of Fur Trade and No Right ever Granted to the Land  which Hudson's Bay Company Sale to the Queen, this Sale is Void and the Land Claim by the Land & Title of North America a United States Federal Registry . thereafter :

is under Canadian Law, by Canadian Citizen granted the Right to Canadian Constitution including 1960 John Diefenbaker  Bill of Right. Canada no Longer under the Queen Crown of England Jurisdiction .

No longer Her Majesty Granted any Right to pointed  Governor over the United States Land in North America ,  and No Right Granted by Her Majesty to have what so Called British Columbia Constitution and or No Rights Granted to Her Family for What so Called the District of Columbia of Washington D.C 1982 Constitution, the land is United States of America Land, Under United States 50 Stars Flag Law, the law of Flag follow the Law of the Land the United States of America Constitution in America and  Canada Law by the Citizen of Canada shall be maintained and protected in the free enjoyment of their liberty , property and the Religion which they profess.

*for the sake of peace and for the sake of the great nation of which we form a part " word " nation" replace the word " Empire"  represent past  history when there was war by enforcing occupation due to the lack of Civility and  Education about the  Law in a new World order.*

or by any other Corporation Name, Which unlawfully Sales and or buy Land in Washington D.C. Union Federal Capital Land and  in North America without Authorization From United states Federal Government the Legally Landowner by Purchases,

any Contract Sale of Land in North America is Voided and Deni by Reading Company, Land & Title a . a Federal Registry System for Secure and Enforcement of Mortgage Licensing Act of 2008 S.A.F.E. Mortgage Licensing Act" (12 United States Code, Section 5100, et seq.)passed by Congress and signed by President G.W. Bush in 2008, required all states to implement a Mortgage Loan Originator (hereafter: "MLO") licensing and registration system by August 1, 2009, subject to stringent federal standards.

Reading Company Corporation the owner of Federal Land & Title Registry by Mandatory of  ***
Congress Act  to  Land Owned by the United States of America Federal Government in North America.

**French Claims**

the First  French Settler reach North America in 1534 Jacques Cartier was the First person to explore the pass through Gulf of St. Lawrence his Voyage in the North West Passage was financed by the King of France who Claim the Land to the French King.    Robert De la Salle Discovery to Mississippi French explorer Samuel de Champlain - La Verendrye find a Pass to south west past Lake of the Wood to Rainy Lake and out into Saskatchewan- the Great Plain ( now Manitoba and Alberta ).
in 1795 the British organized the Second Company, the North West Company in Montreal Taking Occupied the old French Land in Fushon Military style by British to United the States of America Land which the United States Federal Registry prove the owner to North America Land by Title of Purchase for France in the New France Land in North America detailing Map and Gov. Document from United States of America by Purchase, by Treaty with Great Britain and other nation.

the Boundaries between United States and Canada dated to the Cession of land by United State Federal Government Purchases from France in Louisiana Purchase  including Canada.  all of Louisiana that lay east of the Mississippi was surrendered by France to England after the French and Indian Wars (1763) "the Seven Years of Wars ". England surrendered it to the United States after the War of Independence (1783)    See. Id exhibit No. #  Map
the Treaty signed by Great Britain , France, and Spain with Portugal in agreement, France give up All its territory in North America Continent.
*the boundary line of the United States as settled by the treaty of peace at Washington in 1876, three provinces of British North America -  New Brunswick,  Nova Scotia and the Province of Canada ( which on the formation of Canada, was divided into Ontario and Quebec ) were united to form the new  nation as read Canada*

**Spanish Claims**
*In 1492, the Italian explorer Christopher Columbus Sailed from Spain, the Spanish Monarchs Ferdinand & Isabella, Sponsored his Voyage to the New World, Columbus was the First to Discover and First to Claim the Land for Spain,  under the Spain Flag Law in 1543 in the interest of Spain. Ferrillo of the Cabrillo's expedition, sailed up the Pacific coast up to the latitude of 44 and  under the Juan de Fuca in 1592 and under Admiral Fonte to the 55th degree in 1640 that was  the Right to the Crown of Spain to the Northwest Coast of America as shown in the Map in which the American purchase from Spain recorded .that was the Red River runn from its source.*

by this treaty  "His Catholic Majesty cedes to the United States all his rights, claims, and pretensions to any territories east and north of the said line and renounces all claim to the said territories for ever that is the United States acquired by purchase the Spanish title to the Northwest Coast at the latitude of 42 degree . Chart I the 1774 voyage of the Santiago under the command of Juan Perez, from San Blas Mexico to the northern end of the queen Charlotte Islands and Sailed north up to Dall Island, Alaska

RUSSIAN CLAIMS:

in 1805, Russian Officials founding of a post on the Columbia to prove that region from falling in American Hand, in 1808 the Russian American Fur company claimed the whole coast to and beyond the Columbia the Russian Claim in North America in which the United States Purchases including

Alaska and the North West of America discover by the Great Russian navigator A. I. Chirkov discovery to northwestern America reached the Commonder Islands, the Kodiak Island in August 1784 where a permanent settlement was beginning to colonies in America which the Federal Government of United States Purchase from From Russia Starting From Alaska to all the land discovery in Northwestern Passage.   shown  in Map.

the Cazar issued an imperial ukase ( 4 Sept. `1821) extending Russian claims along the pacific coast to north of the 51st parallel  ( which lay within the the Oregon country) and closing the surrounding waters ( of which the most important was Bering Strait  ) to the commercial shipping of other powers. The Russian claim was challenged by Secretary of State Adams, who informed the Russian minister to the U.S. ( July 17)  " that we should contest the right of Russia to any territorial establishment on this continent and that we  should assume sistinctly the principle that the american continents are no longer subjects for any new European colonial establishments" this principle regarding future European colonization in the New World was to become more familiar after its incorporation in the Monroe Doctrine .   *__Under the treaty signed on 17 April 1824, Russaia agreed to a 54  40 line and withderew the maritime restriction.__*

**Acquisition of Alaska:**
In Dec. 1866 Baron Edouard de Stoeckl, Russian Minister to U.S.; was instructed to negotiate with Secretary Seward, an ardent expansionist, for the sale of Alaska, regarded by Russia as an economic liability. A treaty for the purchase of Alaska was submitted to the Senate ( 30 Mar.). the treaty was ratified ( 9 April )  and formal transfer of " Steward's Folly " accomplished ( 18 Oct.)

Transfer of Fort Astoria, down the river on the 11th of April 1813, in gayest colors flying the British flag, by the help of bark canoes of nineteen Canadian voyageurs  they land under the guns of the fort, commanded by McDougall who was by nature a cold - blooded man.
Briefly, affairs stand thus . Between the United States, whose languid protection was Fort Astoria's downfall and the British under whose flag, the North West Company traded was war of occupation or. By the treaty of Peace between Great Britain and the United States signed at Ghent the 24th of December 1814,  it was agree that all territory and places be immediately restored.   In pursuance of this agreement of the 18th of July 1815 James Monroe, secretary of state, notified Mr Baker Charge D'aifaires of Great Britain to the United States Giving the order of Restitution of Astoria Post to United States, the Pacific Fur Company of New York by Astor in march 1811 founded Post Astoria under U.S Right of Way Authority Land & Title.

1824 the message relating to foreign affaire
The MONROE DOCTRINE contained a major points:
(1)   the American continents were no longer to be considered as subject for future colonization by European powers

"POLK DOCTRINE"
at annual message to Congress, Polk urged Congress to take measures to protect the U.S. claim to the whole of Oregon Country and proposed elaboration of Monroe Doctrine:
(1)      " the people of his continent alone have the right to decide their own destiny,
(2)      " We can never consent that European powers shall interfere to prevent such a union [ of independent state  with the U.S.] because  it might disturb the " balance of power which they

may desire to maintain upon this continent."

(3)     " No future European colony or dominion shall with our consent be planted or established on any

of North America continent."

In 15  June , 1846 Polk 1 first message to Congress ( 2 Dec. 1845 ) claimed the hole of Oregon land , he called for extension of U.S. Jurisdiction over the Oregon settler , Military prosecution of the Oregon Trail and established an Indian agency beyond the Rocky Mountain ,the resolution for terminating occupation was introduced in the Senate and House passed ( 23 April ) Signed by Polk on 27 April 1846 , Authorized the President to give the required year's notice to the British had been served on 21 May, 1846.

Richard Pakenham, British Minister to the U.S. requested ( 27 Dec.  1845) renewal of the  U.S.  offer of  the 49 th parallel as the boundary of Oregon, President Polk refunded, furthermore Secretary Buchanan ( 26 Feb.) then informed Louis McLane, U.S. Minister at London with U.S. discussion. the new Ministry under Lord Russell had been adopted a conciliatory approach toward the U.S. Claim, thereafter Lord Aberdeen,  British Foreign Secretary, submitted his proposal in the form of a draft treaty that reach Washington 6, June  the U.S.  Senate accepted and ratified on ( June 15 ) that was the End of British Occupation in North America.

Before 2016 based on the finding of a Historical Document in support to the  Claim of :
the OREGON DISPUTE based  based on the law of Treaty between Government,  the  Oregon country lay between the Rocky Mountains and Pacific Ocean, between the 42nd parallel and 54- 40  parallel line  furthermore the treaties which the U.S. concluded with Spain ( 1819) and Russia (1824 ) narrowed the Oregon controversy to two  Parties the U.S and the Great Britain . the disputed area was the region north of the Columbia River and South of the 49th parallel, U.S. Claim were based on:  No Right of Hudson's Bay Company to Trade in Land, the Charter of Hudson Bay is a Fur Trade only, and No Right to Claim any Part of United states land.

1.     explorations of Capt. Robert. Gray, who in 1792 discovered and entered the mouth of the Columbia
        River, which was named for his vessel
2.     Lewis and Clark expedition ( 1804 - 06 )
3.     rights to the Pacific coast north of the 42nd parallel, under the treaty with Spain and the cost
        south  of 54 - 40 under the treaty with Russia.
4.     the fur- trading Post of Astoria, established  ( 1811 ) at the mouth of the Columbia by John Jacob
        Astor head of the Pacific Fur Co., as the first permanent settlement along lower Columbia.
5.     actual occupation by American settler ( including Methodist and Presbyterian missionaries, who
        after 1841 came to Oregon in growing  number, establishing settlements in the Willamette Valley
        south of the Columbia River.

While the British Claims were based on (1) Nootka Sound Treaty ( 1790) under which Spain relinquished some of her claims is wrong because it based on Treaty of Purchases by United States, British Never Purchases any Land in North America From any Country thereafter their Claim is unlawfully and Dined

[ (2) voyage of Capt. Cook  (1778); (3)  explorations of Capt. George Vancouver ( 1792)who ascended part of Columbia River shortly after its discovery by Gray, and Sir Alexander Mackenzie (1793) who ascended part to Fur- Trading Co.]

*Beginning with the administration of John quincy Adams, the U.S. government made repeated offers to fix the Oregon boundary along the 49th parallel. British  refusal stemmed form*

*unwillingness to sacrifice the trade of the Columbia River basin, the Petitions or the establishment of a territorial government were submitted to Congress by the people of Oregon and by State legislators . A meeting of Oregon setlers at champoeg ( 5 July 1843 ) adopted a constitution for a provisional government to serve until the U. S. extended its Juridiction over Oregon*

**Hudson Bay file one
Richard Somerset Mackie,**

1993 in his Doctoral of Philosophy Accepted by the Department of History of the University of British Columbia on the above date against British Claim in North America as explain in details:
noted on "Page 2" that
the Company westernmost territories and the implication of new order for the native people of the Region,
Noted on Page 3 that
in 1822 the London Governor and Committee involvement by the North West Company due to the start of Northern Department of Rupert's Land on 1821- 1831 territorial occupation passing the date in 1840 where Douglas Speculated to extend fort on land by since North West Company Strategies on the lower Columbia River starting in 1821 after the American trader vacate the North West Coast. by start of trading policy toward Occupation and Political Claim to the Land. show in chapter 1 explain that the Corporation Policy and Strategies adapted to Fur trade by Hudson Bay Company that Comprised the Territory of the North - Central portions to present day.
page 5 explain that
the British commercial monopoly is the region would bolster Britain's territorial and political claim.
page 14 noted that
the term extending the trad referred to the company invasion of new territory by enforcing new method starting from London finance to private corporation to occupation.
"page 29" Noted that ;
the British Government's Royal Charter of 1670 had given the hudson Bay Company the Right to develop the resources of Hudson Bay. in which " the Government granted the company the trade in furs and other commodities" ***  THE ENGLAND PRIVATE COMPANY  CHARTER TO TRADE FUR AND OTHER COMMODITIES.
Page 30 noted that
the charter then applied beyond the trade in Fur and the Crown also gave the company the entire trade with native in Rupert's Land where the  colony Started in the North Western Territories to the Red River Settlement on 1820- 1828 in which the Red Settlers wrote " If the English were to keep on planting Colonies they should consider the Columbia Region.
Chapter 2 where the start of Commercial development after 1821 in Columbia Department East of the Rockies and Yukon River .
Mackenzie transmitted to the British government a proposal entitled preliminaries to the Establishment of a Permanent British Fishery and Trade in Fur & C on the Continent and West Coast of North America.
page 68 noted that;

on 26 March 1821  the Hudson's Bay Company, and North West Companies merged retaining the name
" the Hudson's Bay Company" the new company was British with strong ties to London.Lord Smisons
who put in place a version of Schemes ( System )
Page 51- 58 publicised by Dalrymple, Mackenzie and the North West Company.
age 59 explain that the British government involvement in the Schemes of Occupation of American
Land for the new search for an empire of  trade.
page 64 shows that the commercial extinction and colonization of the west coast of North America.
 " George Simpson who in charge of the north West Company, beginning by observations on speeches
in the house of lord and house in Common in London  respecting that the Hudson Bay company trade
in Vancover Island, after the North West Company Control by Canadian in a new Charter for a new
Company, an Inheritance plan to new Caledonia and the Recognised to four new districts with the
Right to operating Post and established Fort.
page 83 on the other hand stated that, the new establishment to Columbia "Depot
the Fur trader wrote in 1844 that  " the Columbia Department extended from the Columbia to Russian
America and from the Pacific Ocean to Rocky Mountain.
"Page 109 wrote that the Hudson's Bay Company that invaded the Pacific slope of North America after
1821 by inforce Commercial Policy toward Territorial Control under Simpson" Governor by British
Law order from London. to the Extension to South California and Honolulu, Hawaii."
page 153 George Simpsons, 1830 write that " I entertain sanguine hopes that before the expiration of 5
years there will not be an American on the Coast.
" page 154 expiration that the private company commercial activities west of the Rockies after 1821
buttressed Britain territorial and political claim the the region to control the cost .
page 194 noted that the expiration before 1843 the company's actions eliminated American fur traders
from almost every place they come in contact.
page 387 explanation that the joint occupancy, provisions of the 1818 convention subject to termination
by one year's notice in which in 1828 the Governor and Committee instructed Simpson
" to acquire as ample an occupation of the Country and Trade as possible on the North as well as the
South side of the Columbia under the Scheme of Commercial Policy.
page 414 Donald Ross, one of Simpson's most senior colleagues, recommended in 1848 that the
company sell or relinquish to the British Government all its territories and exclusive trade rights. page
427 expiration that British colonies ( Vancouver Island, 1849 and British Columbia 1853 would be
Columbia Department legally after the Oregon Treaty with American.
" the English word for "Warehouse" had Change its name to Columbia Department and Change its
neutral of work from trade fur to SIZE Rupert's  Land, New Caledonia and  other interior districts
Claim by the trading post settlement of the Canadian North West Company after the Merger in which
the occupation established by claim from Hudson Bay Company a private Company to United States of
American land by  fraud and false claim without regard to national or and international Law.

HUDSON BAY FILE  2

the Book of the history of the Oregon Territory and British North American Fur Trade by **John Dunn**
London 1844 Expansion that:
starting with Preface in which John Dunn Said that " I left my father's home in London in their ship, the
**Ganymede** for their Settlement on the Pacific.
" the territory of the United States Commonly called the Oregon territory lying on the Pacific Ocean.
north of 42nd degree of latitude to a portion of which Great Britain lays claim scratches from the
Rocky Mountain to the Pacific Ocean.

Chapter one instated that the discovery of America first by Columbus and the right for great acquisition
resulting from the discovery goes to Spain.
England was the second nation that visited the New World for no Right to any claim to the extent and
importance of whose possessions have ever been only Second to those of any other State Spain
Formerly, and the Republic  of  America at Present.
" the Writer's statement that in Right to Claim, England comes after;
1-   Spain
2-   America

" Hudson's Bay Company" - its incorporation and its privileges as explained :
the Company was incorporated in perpetuity by Royal Charter, granted A.D. in 1670 by King Charles
II. it was granted to Prince Rupert. the Reason for creating this charter corporation to expedition to
Hudson's Bay for the discovery and prosecution of a trade in furs, minerals, other important
commodities and Gold Smith of the City of London.given them and their successors the sole commerce
and trade in all Sea, River in whatsoever Latitude they shall be, that lie within Hudson's straits, together
with all the Land.
page 10 explanation that his Majesty's Colonies was called Prince Rupert's Land  the Government and
the Company were to be Lord Proprietors, and Repugnant to the Law of England, and no subject of the
British Crown was to be allowed to trade within the Company Territories without their written and
Sealed permission.
" page 11 " explain that;   "the Company were empowered to appoint district governors and other
officers to Judge in all cases, civil and criminal, according to the Laws of England"
page 12 stated that ; " as 1630 yet, the French had no actual or permanent establishments, nor did they
claim the right of occupation of any portion of the interior
*the East India Company an association that has kept on the tenure of its useful and prosperous .*
page 13 stated that' " the jurisdiction and positions of the Company were confirmed, in all their former
plenitude even after the establishment of American Independence none of the Hudson's Bay territories
or of the waters running into Hudson's Bay were included in the lines assigned as the boundaries
between the possession of Great Britain and those of the United States
British- Canadian  Fur Trade - Establishment of the North West Company and its organization
ebetween and  the Hudson's Bay Company.
the start of post occupation by Hudson's Bay Company and a partner in the
all admiral and other officers of the Crown were enjoined to lend their in assisting the execution of the
power granted to the Company by the Charter. North - West Company to the land by reinforced post by
the Canadian

page 19 stated that; " Hudson's bay Company had received a royal grant, confirmed by Acts of Parliament, of the vast extent of territory within or bordering on all the water that run into Hudson's Bay,

page 38 explanation that ; the Hudson's Bay Company to establish and agricultural colony on American land

page  63 written that; " when the North- west Company became merged in the Hudson Bay Company and their plain for the settlement at Red River, and on a more extended scale

page 141 " Fort Vancouver is the headquarters , establishment , or grand depot of the Company, west of the Rocky Mountains founded in 1824 by Governor Simpson than the former depot - Fort George ( or Astoria )

page 162 stated that " the American having but little chance of defence as the Indians were sheltered by the rocks and bushes were slain interestingly "

page 173 explanation that the company's servants as British Land Occupation.


The charter of 1670 made the Hudson's Bay Company 'true and absolute Lords and Proprietors' of Rupert's Land, the vast drainage area of the Hudson Bay basin.


 I left my father's home in London in their ship, the **Ganymede** for their Settlement on the Pacific.
the Ganymede was not his Father ship nor he owned it, no Name found for a passenger in the Ship by **John Dunn** London 1844 No Ganymede left London in That Date also
John Dunn Was working as Clark in Hudson's Bay Company.




History of Reading Company      " Liberty Train "
aka 4251/2 North Broad Street Philadelphia, Pa   19123

Starting from Philadelphia the Historical First Capital Land,  traveling to George Washington, the United States of America 2016 Federal Union Capital Land, at Union Station, Under the 50 Stars Union Flag, and the flag follow the Law of the Land, the United States of America Constitution and the Bill of Right.   the sign Mark of   " Isabella - Ferdinand " whom Grant to Finance Christopher Columbus and inDomitable Give to Mankind A New Worled Born MCDXXXVI Died MDIV  who was the First to  Discover the Realm under which Spain was the First to claim the Right to Land in Accordance to long Altitude,   the United States Federal Government, Purchases Spain Right to Land in North America, the Sign Mark own by Reading Company, the owner of  Pennsylvania Railroad, Liberty Bill, on Federal Union Capital Land.

Philly and Reading Charter of the United States of America the First Capital land, the owner of Railroad  Charters Registry to the land of the United States of America Original 13 Commonwealth States and the Private Federal purchase was under the Grantor to the Land owned by Reading Company the owner of the Charters to NorthEastern Railroad land was the Original Boundary to Federal Union land in each State's .    Reading Company the owner of Pennsylvania Railroad the Land Charted under the Railroad Tract, since the Proprietor of William Penn Grant to the Land by King Charles II March 4, 1681,   the Proprietor was the Grantor of William Penn, the Grants land to William Penn who received a charter from Charles II on 10 Mar. 1681 in lieu of  his father's claim  against Charles debits,   Under

its terms Penn was made absolute proprietor, to the charter included specific limitation on his powers " laws on Penn colony had to receive the approval of an assembly elected by the private Citizen,   on date of  1682 - 1704 Penn takes over Delaware , on 24 Aug. 1682 a grant to Penn of the region on the western shore of Delaware Bay from new Castle to Cape Henlopen was made by the Duke of York, who in fact lacked legal title to the area. Penn's control over Delaware was legal by the Charter of 1704 with the approval of the King. the land Register by Tract under RailRoad Registry Grantor under Reading Company Corporation Registry, the Proprietor Landowner when Pennsylvania entered the Revolution, Pennsylvania took over the Penn Family's Title to the Land by enacting the Divestment Act of 27 November 1779 this to coupled with the termination of proprietor government, but Pennsylvania revived it in 1782 as the only way to show primacy over Connecticut's claim to large part of northeastern Pennsylvania today the Charter provides the historical basis for chains of title in Pennsylvania real estate system, Reading Company is the owner of Northeastern RailRoad which went bankruptcies in 1972, the Northeastern RailRoad  Registry was the Charters Land  of the Original 13 Commonwealth and Federal Private Purchases including the Charter land of  the Federal Capital Washington D. C. under Pennsylvania RailRoad & Penn Central Company and Ohio and Baltimore Charters  owned By Reading Company and the Land tract Under Reading Company, RailRoad Registry. Reading Company the owner of Washington RailRoad Registry, including the owner of Union Station  in Which England Family violated the law of the Land Constitution Article, United States President Executive order, violation the Confederate Article of Union and Article of independence thereafter U.S. Congress Act S. 4017 Right of Way Authority to North America Railroad Bed Land  under the Fifty Stars Union law one land , the flag follow the law of the land, the United States of America Constitution and  the Bill of Rights.    the Federal Mandatory Requirement  for the Protection of the  Federal Union Capital " Gorge Washington" " District of Columbia " is United States of America Capital Union Land is a 10 Square Miles protected by inforce the Federal Law of Land & Title a United States of America Federal Registry System.

 Reading Company Corporation is a  Private Company, its Railroad properties as Registered protected by a Federal Authority to enforce U. S. Congress Act S. 4017  under U.S. Right of Way Authority Since 1998. Reading Company Railroad Police granted No trespass Sign to Railroad property in Fraud and False Claim violations to Contract law as Mandatory Requirement by law between parties and Reading Company Granted to Contract by United States of America Constitutional law, Federal,States, County and its Subdivision of Municipality must protect United States Financial System, Bank Institution, Mortgages to all the  Debits Public and Private are Protected by Reading Company Federal Financial Audit to united States Legal Tender in which the 2008 the Financial Meltdown under investigation,in order to make collection in any part of the country or through their correspondence association national and or international by Reading Company a Financial Auditing Private Corporation, a Claim of Recovery will be filed in Accordance to United States Jurisdiction not limited to any Country in which the Privateer caused the Financial Meltdown  in Real Estates property in North America including Canada  and Worldwide to Dabits recovery public and or Private.

the Declaration Independence from England on July 4, 2015 by the owner of Chartres land of  Reading Company, the owner of  North America Railroad Bed Land and its Right of Way including Utility electric grid, telephone line, Water Line, and Gas Line which Had been Unlawfully compromise by American Premier Underwriters and England Holding is Sized by U.S Right of Way Authority to United States Government. all properties of Railroad and its Financial System protected by United States Federal Law against Fraud and False Claim.

the United States exercise Jurisdiction rights in North America Continent including Canada which was a part  landform the Louisiana purchases from France, and also including the North West Territory, Rupert land, the Hudson Bay Basin to its source and the British Columbia all land Part of North

American Continent are under Reading Company Land & Title a Federal Registry System, which it now holds and acquire the Registry Land to North America including the cost of Newfoundland in the Gulph of St. Lawrence or elsewhere on the North American Coast northward not limited to Atlantic and Pacific Coast, Lounge Altitude in Trading between the Contracting Parties for Commerce is granted.

in order to remove all source of misunderstanding relative to object of Justice by court order thereafter we have expressly agreed that each Government shall reserve to itself, its subjects or citizens respectively, all the rights which they now have, and under which they may hereafter bring forward their  claims at such times as may be most convenient to them. and by other the said citizens whom done damage to those of the other party by will be judge and if they act to the contrary they shall be punished, also be bound in their persons and estates to make satisfaction and  reparation for all damages and the interest thereof, of whatever nature the said damages may be in order to satisfy all damages and injuries which the said privateer, or her officers, or men,  or any of them may do or commit during their act contrary to the laws of United States must be punch. the Citizen of the United States of America who may have the right by the law to demand compensation for the losses, damages sustained to them on consequence of the excesses committed by contract parties under the Britain subject to their action.

the case of ( Trustees of Dartmouth College V, Woodward, 4 Wheaton 518) United States Supreme Court Chief Justice Marshal for the court, held that a charter to a private corporation constituted a contract and was therefore protected under the contract clause of the Constitution against impairment by state legislatures . The decision appeared to placed charters of existing private corporation outside the scope of control by the states that had charter them as in Pennsylvania the charter of Phily and Reading and Pennsylvania Railroad the owner of the Railroad to the first 9 and 13 States.

 Mandated federal status of surveying of the United States maps by federal government agencies in with the cooperation with state level government in order to inform the County register System of the eachDuri States is Under the Federal Authority of U.S Right of Way Authority Railroad since U.S Congress Act : S.4017 1972 line 300 feet and or more from both side of rail road line up to 1000 feet if available and  all Side entrance as Serverying instracture to the type of land to be part of  instracture plan for the United States of America serverying to Union Railroad  line in North America.

U.S Right of Way Authority is the Highest Law Enforcement  Officer Who Enforce the law of the land by inforce the Independence from England and inforce the  Fifty Stars Union Flag law on Washington the Federal Capital Land.

Reading Company, Land & Title a Federal Registry System for Secure and Enforcement of Mortgage Licensing Act of 2008 S.A.F.E,  Mortgage Licensing Act" (12 United States Code, Section 5100, et seq.), passed by Congress and signed by President G.W. Bush in 2008, required all states to implement a Mortgage Loan Originator (hereafter: "MLO") licensing and registration system by August 1, 2009, Reading Company Corporation the owner of Federal Land & Title Registry by Mandatory of  Congress Act  to  Land Owned by the United States of America Federal Government in North America 2011, 11011, 0=0 & =0=,202,  11=11, 2=2, 00=00 that was date & time of Revelation to end all mark from Earth, and Starting Justice by God the Father, Order for the Preparation of Jesus Chriss Resurrection and to inform all Earth Inhabitant, of the God Message of Justice, Liberty and freedom to all his Creation on earth to live in Peace and love.

Right of Way Authority  Sized the 31 Miles , a  part Land From the State of Virginia was the United States Federal Union Capital land  by purchase from Virginia  to erect the Federal Capital on 1792. the flag will be Change from Virginia to  Federal Union 50 Stars Flag, the Constitution followed the flag, the Confederate Flag of  Georgia had been removed from Government's Properties on 2015.

the Confederate Flag of Mississippi will be removed under " Ferguson " Act., from all Government Building on 2016.

in the matter of Hawaii, in 1842 the British consul, and illiterate man, incited by an ambitious British subject, succeeded in involving the native government in difficulties that lead to the hoisting of the British flag over the Land so Carefully was the affair planned that it was thought to be impossible for the Natives and Americans to protest before the British Home government in London whom formally approved of the action to the Flag by the British consul in Hawaii, the London Times published a letter censured the Foreign Office for putting more faith in the representatives of a Yankee shop keeper than in those  of a British subject until new world order of  2011 to enforce the law of July 4, 1776.
the Flag of England will be remove from Hawaii , and Granted a New Flag.

 U.S Right of Way Authority on  2016  order for the removal of  England Flag by England  Authority, and the removal of  Canada Flag, in which Canada stile under England occupation,
all the Land had Seized by North American Land & Title a United States of America Registry of Land and the Citizen on the Free Land Granted their own choice of Flag at their own  properties with United States Federal Union 50 Stars on the top of any other Nation Flag, that was the Law of  the Flag which follow the law of the Land, the United States of  America Constitution and the Bill of Right.

## TREATY WITH GREAT BRITAIN. 1814.

quoddy as are claimed by both parties, shall remain in the possession of the party in whose occupation they may be at the time of the exchange of the ratifications of this treaty, until the decision respecting the title to the said islands shall have been made in conformity with the fourth article of this treaty. No disposition made by this treaty, as to such possession of the islands and territories claimed by both parties, shall, in any manner whatever, be construed to affect the right of either.

### ARTICLE THE SECOND.

Immediately after the ratifications of this treaty by both parties, as hereinafter mentioned, orders shall be sent to the armies, squadrons, officers, subjects and citizens, of the two powers, to cease from all hostilities. And to prevent all causes of complaint which might arise on account of the prizes which may be taken at sea after the said ratifications of this treaty, it is reciprocally agreed, that all vessels and effects which may be taken after the space of twelve days from the said ratifications, upon all parts of the coast of North America, from the latitude of twenty-three degrees north, to the latitude of fifty degrees north, and as far eastward in the Atlantic ocean, as the thirty-sixth degree of west longitude from the meridian of Greenwich, shall be restored on each side: That the time shall be thirty days in all other parts of the Atlantic ocean, north of the equinoctial line or equator, and the same time for the British and Irish channels, for the Gulf of Mexico and all parts of the West Indies: Forty days for the North seas, for the Baltic, and for all parts of the Mediterranean: Sixty days for the Atlantic ocean south of the equator, as far as the latitude of the Cape of Good Hope: Ninety days for every other part of the world south of the equator: And one hundred and twenty days for all other parts of the world, without exception.

*Immediately on ratification, orders to be sent to armies, &c. to cease hostilities.*

*Limitation of time of capture in different latitudes.*

### ARTICLE THE THIRD.

All prisoners of war taken on either side, as well by land as by sea, shall be restored as soon as practicable after the ratifications of this treaty, as hereinafter mentioned, on their paying the debts which they may have contracted during their captivity. The two contracting parties respectively engage to discharge, in specie, the advances which may have been made by the other for the sustenance and maintenance of such prisoners.

*Prisoners of war to be restored.*

### ARTICLE THE FOURTH.

Whereas it was stipulated by the second article in the treaty of peace, of one thousand seven hundred and eighty-three, between His Britannic Majesty and the United States of America, that the boundary of the United States should comprehend all islands within twenty leagues of any part of the shores of the United States, and lying between lines to be drawn due east from the points where the aforesaid boundaries, between Nova Scotia, on the one part, and East Florida on the other, shall respectively touch the bay of Fundy, and the Atlantic ocean, excepting such islands as now are, or heretofore have been, within the limits of Nova Scotia; and whereas the several islands in the Bay of Passamaquoddy, which is part of the Bay of Fundy, and the island of Grand Menan in the said Bay of Fundy, are claimed by the United

*Reference of the boundary established by the treaty of 1783.*

Violation Grand Manan

No results found for bay of fundy and island of grand menan map.

Showing results for bay of fundy and island of grand **manan** map.

## Images of **bay of fundy and island of grand** ...

bing.com/images




Grand Manah
© 2016 Microsoft Corporation
Atlantic Orient © 2016 HERE

See more images of **bay of fundy and island of grand manan map**

### Grand Manan Island - Wikipedia, the free encyclopedia
https://en.wikipedia.org/wiki/Grand_Manan_Island
**Grand Manan Island** (also simply **Grand Manan**) ... **Map of Grand Manan** Geology. ...
likely saw what is now known as **Grand Manan** and the **Bay of Fundy**.
Geography · Geology · History · Notable people · Economy · Demographics

### Grand Manan, New Brunswick - Bay of Fundy
www.bayoffundy.com/communities/new-brunswick/grand-manan
Southwest Head, **Grand Manan**. The **Grand Manan** Archipelago, part of the **Fundy** Isles,
is located at the entrance of the **Bay of Fundy**. Spend some time hiking or biking ...

### Bay of Fundy Map - New Brunswick - Mapcarta
mapcarta.com/Bay_of_Fundy
**Grand Manan Island** Grand Manan is a beautiful **island**, made up of several small
fishing communities. Loading photos...

### Grand Manan Tourism
www.grandmanannb.com/directions.html
Getting to **Grand Manan Island**. ... a spectacular Canadian **island** in the world-famous
**Bay of Fundy** and close ... If you are staying on **Grand Manan** or participating ...

### Grand Manan Island | Places to Visit | New Brunswick Canada
www.tourismnewbrunswick.ca/Products/G/Grand-Manan-Island.aspx
... summer festivals, and scenic fishing villages on **Grand Manan Island** ... **Grand Manan**
is a perfect **Bay of Fundy** vacation destination, ... View Map Tel: 506-662-3442 ...

### Island Bound Charters
islandboundchartersgrandmanan.com
ISLAND BOUND CHARTERS GRAND MANAN . **Bay of Fundy Island** Charters. ... Joan
& Russell Ingalls | **Island Bound Charters Grand Manan**| **Grand Manan Island** | ...

### Grand Manan Fundy History
grandmananfundyhistory.com
The History of **Grand Manan**, the **Fundy** Region and the ... were identified in newspapers
with **island** connections but ... and the Region around the **Bay of Fundy**.

### Grand Manan Island Map - New Brunswick - Mapcarta
mapcarta.com/Grand_Manan_Island
**Grand Manan Island** interactive map with photos, ... **Grand Manan** is a beautiful **island**,
... **Island**. Location: **Bay of Fundy**, ...

## Videos of bay of fundy and island of grand manan map
bing.com/videos

| 5:47 | 1:18 HD | 1:10 | 5:18 |
|---|---|---|---|
| **Bay of Fundy Travel Show #1 -** | **Grand Manan, New Brunswick,** | **Humpback whales, Whales-n-** | **Grand Manan Island** |
| YouTube | YouTube | YouTube | YouTube |

See more videos of **bay of fundy and island of grand manan map**

Your results are personalized. Learn more

---

### Grand Manan Island

Island


Grand Manan Island is a Canadian island, and the largest of the Fundy islands in the Bay of Fundy. It i...

Wikipedia

**Population:** 2,460 (2006)
**Area:** 253.24 sq miles (655.89 km²)

**People also search for** See all (15+)

Campobello Island    Saint John    Prince Edward Island

**Explore more**
Islands in Canada

Data from: Wikipedia · Freebase

Manan
Violation
2016
Chang of the
word From
1783 Menan

2016

put into service between Montreal and Toronto with a streamlined contour that gave the railway a new look. Canada's rail passenger services are now operated by VIA Rail Canada. *See* VIA RAIL CANADA, INC.

Canadian National dieselization began in August 1925 with self-propelled diesel rail cars designed by C. E. Brooks, chief of motive power and rolling stock, and built in its Montreal shops. On November 1, 1925, one of these cars, No. 15820, powered by a four-cylinder, 185-horsepower Beardmore engine, left Montreal for one of the most dramatic experimental runs in rail history. It made the 2937 miles to Vancouver in slightly over 67 hours, setting a new transcontinental record. In 1928 Brooks and his associates developed Canada's first diesel-electric road loco, No. 9000.

CN found that the major operating savings of diesel locos, compared with steam, were in fuel costs, plus savings in lubrication, enginehouse expenses, and long-term repairs. Diesels were shown to have greater utilization than steam in terms of locomotive miles per day and to permit more flexible operation and to minimize the smoke nuisance. Tests proved that the cost of operating diesels on passenger runs was only one-third that of steam on the same runs. After diesels had been placed on the *Super Continental* and the *Ocean Limited* in 1955, 16 hours were cut off the transcontinental journey from Halifax to Vancouver.

The last CN steam loco in regular service was No. 6043, a Mountain type built in 1929 by Canadian Locomotive Co. at Kingston, Ontario, which completed her final run with train No. 76 from The Pas to Winnipeg on April 25, 1960, thus officially terminating 124 years of steam on CN and its predecessors. However, Northern type No. 6153, freshly painted, pulled two special steam excursions on September 3 and 4, 1960, from Montreal to Joliette and Ottawa, sponsored by the Canadian Railroad Historical Association. Among the many CN steam locos preserved and on display in museums and parks across Canada and in the United States is No. 6060 (Bullet-Nosed Betty), which as of 1979 is still operating steam excursions in Quebec and Ontario.

BIBLIOGRAPHY: Ray Corley, *Preserved Canadian Railway Equipment*, Railfare Enterprises, Montreal, 1972; Patrick C. Dorin, *The Canadian National Railways' Story*, Superior Publishing, Seattle, 1975; Freeman Hubbard, *Great Trains of All Time*, Grosset & Dunlap, New York, 1962; David P. Morgan, *Canadian Steam!*, Ryerson Press, Toronto, 1961; G. R. Stevens, *History of the Canadian National Railways*, Macmillan, New York, 1973.

---

**Canadian Pacific Railway (CP Rail)**   Prosperous railway with long hauls and an excellent base of raw materials. It is also a diversified company with assets of almost $8 billion in land, sea, and air transportation, telecommunications, natural resources, hotels, real estate, and manufacturing and financial services. In 1970 it adopted new corporate designations for various

components of the transportation side of its operations: CP Rail, CP Air, CP Ships, CP Transport, CP Express, CP Hotels, and CP Telecommunications. In 1971 the parent company was renamed Canadian Pacific Limited and Canadien Pacifique Limitée, but the railway is still known as CP Rail and Canadian Pacific.

As of 1979, CP Rail operated 23,518 miles of track in Canada, including yards, spurs, and sidings, and it controlled another 4600 miles in the United States. It has 1300 diesel locomotives, over 65,000 freight cars, and approximately 40 pieces of commuter passenger equipment. In 1906, by comparison, it had 1115 steam engines and a total of 37,080 cars, freight and passenger, its freight-car fleet then being much less diversified than today's. The railway has developed a sophisticated unit-train system for moving bulk commodities such as coal and sulfur and at Calgary has one of the world's most advanced automated classification yards to handle freight shipments to and from the Pacific Coast. It jointly owns Brunterm Ltd., a giant container terminal at St. John, New Brunswick, which had an annual growth of 15 percent during the 1970s. It also operates commuter passenger services, but intercity and transcontinental passenger trains are provided by a new government agency. *See* VIA RAIL CANADA, INC.

The terms of union whereby British Columbia was admitted to the Dominion of Canada in 1871 had a clause that led eventually to creation of the Canadian Pacific Railway. Predecessor lines had already done considerable tracklaying before the big company was chartered on February 16, 1881, to build a transcontinental railway linking eastern Canada with the Pacific Coast. For details of mainline construction between Montreal and Port Moody, British Columbia, completed on November 7, 1885, *see* VAN HORNE, WILLIAM CORNELIUS.

The distinctive emblem formerly used on CP rolling stock, timetables, stationery, etc., was a shield with a beaver, typical of Canada, just as the Intercolonial Railway herald had a moose head, the Great Northern a mountain goat, and the Pennsy a keystone. But the days of picturesque rail insignia are almost completely gone.

CP Rail's oldest predecessor line was the St. Andrews & Quebec Railroad, chartered in March 1836. Its oldest constituent in the United States was the Connecticut & Passumpsic River, chartered in October 1843. Its oldest still-operating constituent is La Compagnie du Chemin à Rails du Saint-Laurent et du Village d'Industrie, a 12-mile line downstream from Montreal on the St. Lawrence River, chartered in July 1847 and opened on May 1, 1850, with strap-iron rails laid on wooden crossties. The big road is still using Canada's first railway tunnel, ½ mile long, opened on December 31, 1860, under the town of Brockville, Ontario.

With CP's incorporation, it received—as railway construction was completed on the line to the Pacific Coast—grants which eventually totaled $2 million as

*under U.S Right of Way Authority*

well as 25 million acres of land, plus certain rail lines already contracted for by the Dominion government, upon their completion. On February 17, 1881, the Canadian Pacific Railway Company was organized with George Stephen as president, Duncan McIntyre as vice president, and James J. Hill on the executive committee. In 1882 it acquired the Dominion Express Company charter, enabling it to engage in local pickup and delivery services, which launched CP's widespread involvement in highway transportation. In that year, too, CP began commercial telegraph operation, using its railway telegraph lines. *See* HILL, JAMES JEROME.

Also in 1882, Hill resigned from the board as a result of CP's decision to keep its mainline completely in Canada by building around the north shore of Lake Superior instead of using Hill's lines through Sault Ste. Marie, St. Paul, and Minneapolis to Emerson, Manitoba. In the same year, CP took control of the South Eastern Railway, which became the nucleus of its lines in eastern Quebec and its route across Maine to the Maritimes. It also leased a rail network around Toronto and in eastern Ontario.

The first engine used in Manitoba and on the Canadian prairies was the 38-ton *Countess of Dufferin,* a 4-4-0 woodburner, brought in by a contractor building the line between Selkirk and Emerson. She came up in 1877 over the Great Lakes to Port Arthur, then was barged to Duluth, rolled on her own steam to St. Paul, and was transferred to another barge for the trip up the Red River to St-Boniface, Manitoba. It was a long, roundabout route, but no shorter one was available. That engine has been preserved. After being displayed for years just outside the Winnipeg station, then at several other city locations, she is now in storage at CP Rail's Weston shops. Another pioneer locomotive, the *J. C. Haggart,* was dragged over the ice of the Red River between St-Boniface and Winnipeg in December 1879 to start construction westward across the prairies in the spring.

The first transcontinental train to cross Canada pulled up at Winnipeg station on July 1, 1886, Dominion Day. From the engine front flapped a silk Union Jack, frayed by the wind and weather of half a continent. On August 10, the train reached Calgary. At a dinner there in Van Horne's official car, Father Lacombe, a Catholic missionary, was made president of CP for one unique hour because of his help to the railway as liaison with Indian tribes whose land the company wanted to cross. That December the railhead reached the Rocky Mountain summit in Kicking Horse Pass.

On November 11, 1885, the railway's last spike (of iron) was driven in Eagle Pass in the Gold Range, British Columbia, by Donald A. Smith, one of the directors; and Van Horne made his famous 15-word speech: "All I can say is that the work has been done well in every way." Next morning, a special train of CP "brass collars" reached Port Moody at Pacific tidewater, the first train to cross the country from ocean to ocean. At 8:00 p.m. the first regular train, the *Pacific Express,* with coaches, a sleeper, and a diner, left Montreal for Port Moody. After making the first scheduled rail journey across the Dominion (then the world's longest scheduled train trip), it pulled into its destination at high noon, on time.

In 1888 CP completed its short line across northern Maine to Mattawamkeag, connecting with the Maine Central Railroad, which carried traffic to the New Brunswick boundary at Vanceboro, where it turned it over to the New Brunswick Railway. That railway was leased to CP in 1890.

By that time, CP had a transpacific steamship service. In 1889 the British government gave it a 10-year contract to take mail between Vancouver and Hong Kong. In 1891 three splendid CP ocean liners, the *Empress of India,* the *Empress of China,* and the *Empress of Japan,* made maiden voyages to the Orient via the Suez Canal; and the company advertised tours: "Around the World in 80 days—$610." In 1903 CP entered the North Atlantic steamer service.

The company kept acquiring rail lines and other facilities and buying or building vacation luxury hotels. In 1902 the *Imperial Limited,* a new, faster transcontinental train, was inaugurated, running at first three times a week, then on a daily basis. It supplemented the original daily *Pacific Express* (westbound) and *Atlantic Express* (eastbound). In 1905 CP acquired the Esquimalt & Nanaimo Railway on Vancouver Island.

In 1919 the *Trans Canada Limited,* an all-sleeper-diner train, made the first trip between Montreal and Toronto and Vancouver. In 1926 Dominion Express Co. was renamed Canadian Pacific Express Co., and the Prince of Wales and British Prime Minister Stanley Baldwin opened Toronto's new Union Station. Three years later the Northern Alberta Railways (857 miles) was incorporated for joint operation by CP and Canadian National Railways (CN). In 1933 some passenger-train service was pooled between CP and CN.

On a test run on September 18, 1936, a new CP



*Donald A. Smith, shown bending over with a spike maul, was one of three officials who drove the last spike in the Canadian Pacific transcontinental line at Craigellachie, British Columbia, on November 11, 1885. [CP Rail]*

- Home
• Government of British Columbia

# Provincial Symbols

Office of Protocol

**The Minister** | **News** | **Search** | **Reports & Publications** | **Contacts**

### Contents

•
Symbols of BC
- Provincial Flag
- Flower
- Bird
- Mammal
- Gemstone
- Tree
- Tartan

Use of "British Columbia"
- description
- application form (PDF)
- application form (Word)

• Provincial Symbols and Honours Act

### Other Links

• Canadian Symbols - Canadian Heritage

## Official Symbols of British Columbia

### British Columbia's Coat of Arms



(click on image for full history)

The shield of the province of British Columbia was originally granted by King Edward VII in 1906; the remaining elements of the Coat of Arms were subsequently granted by Her Majesty Queen Elizabeth II on October 15, 1987. A complete history is available here.

It consists of several elements that hold historical, geographical and cultural significance for British Columbia:

The Union Jack on the shield symbolizes our colonial origins. Our geographic location between the Pacific Ocean and the Rocky Mountains is represented by the wavy blue and silver bars and the setting sun.

The supporters, the stag and the ram, represent the former colonies of Vancouver Island and British Columbia. The stag (elk) represents Vancouver Island and the ram (bighorn sheep) represents the mainland of the Province.

The Royal Crest (the crowned lion standing on the crown), wears a collar of dogwood flowers, and sits atop the golden helmet of sovereignty. Traditional heraldic elements of a wreath and mantling represent Canada's national colours. The golden helmet of sovereignty is placed between the shield and the crest to mark B.C.'s co-sovereign status in Confederation.

Our provincial flower, the dogwood, appears a second time entwining the Latin motto "*Splendor Sine Occasu*" which translates as "Splendour Without Diminishment."

*Handwritten annotations:* Violation to the law of the land; Hawaii is No Longer After Declaration of Liberty July 4, 2015; British Columbia cross Road; and 50 Stars federal Union

⎡ • Top



Map of the provinces of Canada as they were from 1867 to 1870. On July 1 1867, the Dominion of Canada was created from three provi...

**More details**

No machine-readable author provided. Golbez assumed (based on copyright claims). - No machine-readable source provided. Own work assumed (based on copyright claims).

CC BY 2.5

File: Canada provinces 1867-1870.png
Uploaded by Golbez
Created: 13 February 2006

About Media Viewer | Discuss this feature | Help

# File:Canada provinces 1867-1870.png

From Wikimedia Commons, the free media repository



**Download**
all sizes

**Use this file**
on the web

**Use this file**
on a wiki

**Email a link**
to this file

**Information**
about reusing

Size of this preview: 694 × 600 pixels.
Original file (1,000 × 864 pixels, file size: 61 KB, MIME type: image/png)

📖 Open in Media Viewer

ALL sized to united states federal Goverment

## Summary

| Description | Map of the provinces of Canada as they were from 1867 to 1870. On July 1 1867, the Dominion of Canada was created from three provinces of British North America: Canada (split into the provinces of Ontario and Quebec), New Brunswick, and Nova Scotia. On July 15 1870, Rupert's Land and the North-Western Territories were ceded to Canada, and became the North-West Territories; a small square of this was made the province of Manitoba. Note that, to make for simpler mapping, the western and southwestern portions of the 1927 Privy Council "Coast of Labrador" boundary is used. For the southern boundary, from River Romaine east, Quebec's version of the boundary is used. Until 1927, Canada recognized only a tiny sliver along the Atlantic Ocean as belonging to Newfoundland. Made by User:Golbez. |
|---|---|
| Date | 13 February 2006 (original upload date) |
| Source | No machine-readable source provided. Own work assumed (based on copyright claims). |
| Author | No machine-readable author provided. Golbez assumed (based on copyright claims). |

## Licensing

I, the copyright holder of this work, hereby publish it under the following licenses:

Violation to Jay treaty





*Board of Consultants*

Stanley Elkins, Smith College, Northampton, Mass.
Eric Lampard, University of Wisconsin, Madison, Wisc.
Eric L. McKitrick, Columbia University, New York, N. Y.
William R. Taylor, State University of New York, Stony Brook, N. Y.   R-F 911.73 M618g

Copyright © 1969, by John Wiley & Sons, Inc.

All rights reserved. No part of this book may be reproduced by any means, nor transmitted, nor translated into a machine language without the written permission of the publisher.

10   9   8   7   6   5   4   3   2   1

Library of Congress Catalogue Card Number: 72-88215

SBN 471  60360  0 (cloth)      SBN 471  60361  9 (paper)

Printed in the United States of America

Case 1:16-cv-00203-JEJ Document 1-9 Filed 02/17/16 Page 26 of 61

148     OUR COUNTRY

onies were thus hemmed in by enemies,—the French to the north and the west, and the Spaniards to the south.



The English colonies (shaded area), with French enemies to the north and west, and Spanish enemies to the south. Crosses represent the main forts built to control New France

**First Three Wars.** These all began in Europe; that is, France and England went to war there and brought their quarrel over to our colonies. Each war lasted

## FRENCH AND INDIAN WAR.

from four to twelve years, which is a long time fighting. They are known by the names of English rulers at the time,—King William's War (1689), Queen Anne's War (1702), and King George's War (1744).

In one respect they were all horribly alike. While our home-makers were peaceably at work, suddenly a horde of savages led by French officers would sweep down from New France. They struck without warning; commonly they struck in the night; with inhuman cruelty they killed old and young, men and women, even babies in the cradle. A few women and children might be taken captive. Those who could not keep up with the swift march when the savages fled back to New France were killed and left beside the trail.

Such was the warfare waged against our colonies. In our larger histories you may read of Deerfield, Haverhill, Dover, Schenectady, and other towns that suffered the horror of French and Indian attacks, but nothing of hundreds of lonely settlements that saw their homes burned, their fields laid waste, and their people killed or carried away captive. No history is big enough to tell that frightful story.

## WASHINGTON AND THE OHIO

Before the third French and Indian war a boy named George Washington was born in Virginia (in 1732). Americans still honor his memory by making a holiday of his birthday.

108 ERA OF THE AMERICAN REVOLUTION (1782)

12 Apr. PEACE TALKS BEGIN IN PARIS. Richard Oswald, named by the Rockingham ministry to open peace negotiations with the American commissioners, began talks with Franklin (12 Apr.), at that time the only commissioner present in Paris. The British released Commissioner Henry Laurens, whom they had captured (3 Sept. 1780) and imprisoned in England, and sent him to The Hague to sound out John Adams. Laurens arrived in time to congratulate the latter on obtaining recognition by the Netherlands of U.S. independence (19 Apr.). Before leaving for Paris, Adams followed up this request by obtaining a loan of $2 million from Dutch bankers (11 June) and a

27 Sept. START OF FORMAL NEGOTIATIONS. On 23 June, John Jay arrived from Madrid on 26 Oct. (Laurens took no part in the peace discussions until the preliminary peace treaty was virtually completed in Nov., and Jefferson, the 5th commissioner named by Congress, did not serve). Meanwhile, Rockingham had died and was succeeded by the Earl of Shelburne as head of the British ministry (1 July). On 19 Sept. Oswald was authorized to treat with the commission of the "13 U.S." (tantamount to recognition of American

UNITED STATES AFTER 1783

Scale of Miles
0   100   200   300

Claimed by Georgia Ceded 1802
Claimed by S. Carolina Ceded 1787
Claimed by N. Carolina Ceded 1790
Claimed by Virginia Ceded 1784
NORTHWEST TERRITORY Ceded by Virginia Ceded 1784
WESTERN RESERVE Ceded 1800
VERMONT Claimed by N.H. & Mass.
Claimed by Mass.
Claimed by Conn.

GEORGIA · S. CAROLINA · N. CAROLINA · VIRGINIA · MARYLAND · DELAWARE · NEW JERSEY · PENNSYLVANIA · NEW YORK · CONNECTICUT · RHODE ISLAND · MASSACHUSETTS · NEW HAMPSHIRE · MAINE

ATLANTIC OCEAN

Mississippi R. · Ohio R. · Missouri R. · Lake Superior · L. Michigan · L. Huron · L. Erie · L. Ontario

(1783) ERA OF THE AMERICAN REVOLUTION 1783

independence) and opened formal negotiations with Franklin and Jay.

30 Nov. SIGNING OF THE PRELIMINARY ARTICLES OF PEACE. On 5 Oct. Jay presented Oswald with the draft of a preliminary treaty, to become effective when a similar treaty was signed by Britain and France. Upon the basis of these preliminary articles (which did not include an earlier demand by Franklin that Canada be ceded to the U.S.) negotiations continued. Oswald was joined by Henry Strachey (28 Oct.). About 1 Nov. the 3 U.S. commissioners (Adams was now on the scene) decided to disobey Congress's instructions concerning full consultation with the French and to proceed on their own initiative. A new set of articles was agreed to on 5 Nov. With a few last-minute changes these constituted the preliminary treaty of peace signed by Oswald for the British and by Adams, Franklin, Jay, and Laurens for the U.S. Without a single change these articles became the definitive peace treaty signed 3 Sept. 1783. The most important provisions: (1) Britain recognized U.S. independence; (2) boundaries—the St. Croix River dividing Maine and Nova Scotia; the St. Lawrence–Atlantic watershed divide, the 45th parallel, a line through the Great Lakes and their connecting waterways, and a line from Lake Superior to the Mississippi dividing Canada and the U.S.; a line through the middle of the Mississippi River south to the 31st parallel to be the boundary with Spanish Louisiana; a line through the 31st parallel and the Apalachicola and St. Mary's Rivers as the boundary with Spanish Florida (Spain obtained Florida from Britain in the peace treaty); (3) U.S. given the "right" to fish and dry and cure fish on any unsettled shore in Labrador, the Magdalen Islands, and Nova Scotia, (4) all debts due, creditors of either country were to be validated; (5) Congress was pledged to "earnestly recommend" to the legislatures of the states a full restoration of the rights and property of the Loyalists; and (6) hostilities were to cease and all British land and sea forces evacuated with all convenient speed.

Vergennes, taken aback by the extremely favorable terms obtained for the U.S., criticized the commissioners (15 Dec.) for signing without consulting him. However, his own desire for a speedy settlement of the war and a tactful reply by Franklin (17 Dec.) prevented serious discord.

1783

20 Jan. EFFECTIVE DATE OF ARTICLES OF PEACE. The Anglo-American preliminary treaty was not to go into effect until Britain reached a settlement with France. On 20 Jan. preliminary articles of peace were signed between Britain and France and by Britain and Spain. Provisions were then made for a general armistice, and on 4 Feb. Britain proclaimed a cessation of hostilities.

10, 12 Mar. NEWBURGH ADDRESSES. Early in Jan. a delegation of army officers memorialized Congress regarding grounds of their discontent: make provision for the life pension of half pay from the time of their discharge promised them 21 Oct. 1780. Their failure to obtain assurances of payment of sums owed officers and to secure a commutation of the pension for 6 yrs.' full pay (rejected 25 Jan. by Congress) led to the first anonymous address to the officers of the army circulated at Washington's main camp near Newburgh. Written by Maj. John Armstrong (1758–1843), the address, "bold and severity" shown by Congress, advised the officers to assume a bold tone and "suspect the man who would advise to more moderation and longer forbearance," and called upon them to meet the next day (11 Mar.) and draw up a last remonstrance", which, if not well received by Congress, would justify the army in defying that body. Armstrong's call for pressure on Congress had the backing of Gen. Gates, Gouverneur Morris (1752–1816), and other civilian leaders who hoped to coerce the states into yielding more power to Congress. The address was well received by many of the officers, and Washington, with

222        OUR COUNTRY

Next he was a member of the Continental Congress, and to him fell the honor of writing the Declaration of Independence. That is another of his great monuments.

During the war Jefferson, who was no soldier, was for a time governor of Virginia. After the war the thirteen states sent him as their ambassador to France. (An ambassador is a man who represents his country in some foreign country.) When our nation elected its first president, Jefferson served as Secretary of State in Washington's cabinet. He resigned that office because he was opposed to many things that Washington did, though the two men continued to be friends. While our next president, John Adams, was in office, Jefferson was the vice president and opposed almost everything that Adams did or attempted.

Though his chief ambition was to be a farmer, Jefferson was soon up to his ears in politics. He formed a new party and called it Democratic-Republican; but it was not much like the Democratic and Republican parties of our own day. He was twice elected by this party and served two terms as president (1801–1809). **Louisiana and the Mississippi.** The name "Louisiana," you remember, was given, by French explorers, to the Mississippi Valley and to all the land, east or west, watered by tributaries of the great river.

All of Louisiana that lay *east* of the Mississippi was surrendered by France to England after the French and Indian Wars (1763). England surrendered it to the United States after the War of Independence (1783).

WESTERN EXPANSION        223

The greater *western* part of Louisiana belonged to France when Jefferson became president. Napoleon was then emperor of France. One of his ambitions was to plant a French colony in Louisiana. Jefferson was alarmed at this. "We must make sure of having free use of the Mississippi before Napoleon plants his colony beyond the river," he said. He was right. The question is, Why?

**Why the Mississippi was Necessary.** You may know the answer to our question if you think of it in this way. Suppose you own a large farm, on which you raise grain or beef. People want to buy these products, and you could gain wealth by selling them; but the only way to get your products to market leads across another man's land. This man forbids you to cross, or else he makes you pay too high a price for the privilege. Now, what will you do?

That was the situation of thousands of our pioneers who had crossed the Alleghenies into Kentucky and Tennessee or who had followed the rivers to new land in Ohio, Indiana, Illinois, Missouri, and Mississippi. They raised good crops, which they could sell to people of our Eastern towns; but they could not carry their corn or beef across the mountains, because there were no roads. No, they must put such heavy products in boats and float them down the river to New Orleans, at the mouth of the Mississippi. There ships were waiting to take the products to New York or Philadelphia.

Case 1:16-cv-00281-JEJ Document 1-3 Filed 02/17/16 Page 30 of 61

claimed by William Penn to the charter land

2910

Justice Rupert Land

Start of the case

G & M K R
X; CaR2
i 3 B18

is right to claim in England because the right owner of the lands

UNION OF THE NORTHWEST AND THE HUDSON'S BAY COMPANIES, AND THE SUBSEQUENT CHARTERS.

CHAPTER XIV.

1803-1846.

TITLE OF THE HUDSON'S BAY COMPANY TO RUPERT LAND.—BOUNDARY, NOT TITLE, THE QUESTION IN DISPUTE.—JURISDICTION OF COURTS.—RUIN FROM RIVALRY IMMINENT.—THE NORTHWEST COMPANY'S OPPOSITION TO LORD SELKIRK AND HIS COLONIZATION SCHEME.—THE TWO COMPANIES BEFORE PARLIAMENT.—THE MINISTRY INTERPOSE MEDIATION.—THE QUESTION OF COMPROMISE DEBATED.—TERMS OF UNION.—PASSAGE OF THE ACT EMPOWERING THE CROWN TO GRANT EXCLUSIVE LICENSE OF TRADE.—THE GRANT OF 1821.—THE ASSIGNMENT IN 1824 OF THE NORTHWEST COMPANY.—THE DEED-POLL OF 1834.—THE RENEWAL OF LICENSE IN 1838.—THE SETTLEMENT OF THE BOUNDARY QUESTION IN 1846.—THE GRANT OR VANCOUVER ISLAND IN 1849.

IT has been many times mentioned that in 1821 the Northwest Company and the Hudson's Bay Company became one corporation; how the companies were united has nowhere been told. After quiet oc-cupancy for a hundred and fifty years, the title of the Hudson's Bay Company to Rupert Land might scarcely be questioned by a rival association. Al-though France claimed the country when the charter of Charles II. dated the 2d of May 1670 was made, and although the grant never had been permanently ratified by parliament, the claim of the adventurers of England had been tacitly acknowledged by govern-ment in various ways.

In the first place, the incorporators and their suc-cessors were made lords proprietors of the lands granted, which were to be held in free and common socage, and not in capite, or by knight's service. It

was a free and absolute gift, subject to revocation onl by the power that made it, exclusive in its term and requiring the recognition of royal authority onl by a promise to pay the grantor or his successors tw elk and two black beaver, whenever one of the should enter the territories so granted. The con-pany might colonize wherever they chose, appoi governors, make laws, and administer justice. Ov the natives of the granted territory their power w absolute, involving life or death; their own peop they might punish in minor matters, or even for hig offences if no appeal was made to England. If suc appeal was made, the company must send prisone thither; likewise subjects of Great Britain, guilt than those employed by the company, found withi the territory, might be arrested and sent to Englan The fact that King Charles might as righteousl have granted his cousin Rupert land in France, Italy, or Saturn, or the sun, as round Hudson Ba made no whit difference, so long as the protecti which backed his gift was strong enough to brea down opposition.

The chief question in dispute between the adve turers of England and the merchants of Montreal w not one of title to Rupert Land, although the Nort west Company did claim that the grant of Charl II. was invalid, lacking the sanction of parliamen An act confirming the charter was passed by Parl ment in 1690, but for seven years only, and no longe An attempt was made to renew the charter at the e

1 Martin, The Hudson's Bay Territories, 45, asserts that this act makes t grant perpetual, yet in the same breath he admits that it expired at the e of seven years. 'Mr M. Martin says "forever." He puts these words in itali and would leave readers who do not refer to notes at the foot of a page, small type, with the belief that the charter of the Hudson's Bay Company w confirmed by parliament forever. There cannot be anything more grossly u true.' Fitzgerald's V. I., 93. The truth of the matter is that the bill w drawn making the charter to hold forever. The House of Commons decli its ... but for seven years ... to seven years 'and no longer.' Thus it became a law; but instead of drawi a new bill, a rider was attached limiting the time to seven years. Thus Fitzgerald's criticism is just. Mr Martin obviously wished to deceive, and li all who deal in untruths, he made a bungling affair of it.

Astor was peculiarly unfortunate in his fitting of character to position. For so shrewd an observer of human nature, his agents were almost to a man ill-chosen. Clarke at the head would have put will and energy into the enterprise, though his judgment was not always of the soundest. All things considered, David Stuart, with his mild determination and humane fearlessness, would have made the best manager. Hunt's great mistake was in leaving the coast at all. His presence at this time was of the most vital importance, though it could scarcely have changed the drift of affairs.

McTavish in diplomatic skill and artifice is equal to them all. The Honorable Northwest Company never lacked shrewd men, and among them all there never was a more proficient tactician than he. Before he enters the fort, he knows quite well the feelings of every man who has a voice upon the question which brought him there. That any one of them was dishonorable, treacherous, or base, I do not for a moment believe. They were every one of them brought up in the strictest school of business honesty, and chosen for this adventure on account of their good qualities, and not because they were rascals.[1]

Briefly, affairs stand thus. Between the United States, whose languid protection was Fort Astoria's downfall, and the British, under whose flag the Northwest Company traded, was war. It might last a year, or twenty years, and terminate in favor of the one power or the other; but while it lasted, or howsoever

[1] That these Scotchmen were bad men, disloyal to Astor by reason of their nationality and former associations, as certain writers would have us believe, is in view of the circumstances absurd. In their agreement with Astor they reserved the right to close the business should their interests seem so to dictate. Whatever loss might arise from the failure of the enterprise fell on them, in proportion as they were obliged to abandon the adventure three laborious years would it. lost to have urged of them with no prospective gain. "It was thus," says one, "that after having passed the seas and suffered all sorts of fatigues and privations, I lost in a moment all my hopes of fortune." *Franchere's Nar.*, 113. For half a century United States residents of the north-west have harbored ill-will toward British subjects of the same locality through such false representations.

(214)

# CHAPTER X.

## TRANSFER OF FORT ASTORIA.

### 1813.

McTAVISH AT ASTORIA—A ROYAL MARRIAGE—THE 'ALBATROSS'—ADVENTURES OF HUNT—CAPTAIN SOWLES, NEITHER WARRIOR NOR TRADER—DEFENCE OF McDOUGALL—COMMODORE PORTER, U. S. N.—McDOUGALL HOLDS COUNCIL—FORT ASTORIA IN BRITISH HANDS—KING COMCOMLY TO THE RESCUE—H. M. S. 'RACCOON'—JOHN McDONALD IN COMMAND—THE GALLANT CAPTAIN BLACK—FORT GEORGE—FAILURE OF ASTOR'S PACIFIC SCHEME.

Down the river on the 11th of April 1813, in grayest colors, flying the British flag, come two birch-bark canoes, manned by nineteen Canadian voyageurs, now in full song and chorus, and commanded, one by John George McTavish, and the other by his deputy, Joseph Laroche. Sweeping gracefully round the point, they land under the guns of the fort, and there pitch their camp. McDougall hastens to invite the distinguished stranger to his quarters; the object of his visit he already knows.

McDougall was by nature a cold-blooded man; stolid in body and mind, and like many before him, his good name has suffered in the hands of some by reason of his lack of fire. And yet he seems to have stumbled upon the best course, the only course proper to be pursued throughout the whole of this unpleasant and luckless adventure. Often the weakness of a business man is his strength. Judging from his apparent qualities, either of his associates would have done better for the company in his place, though McKenzie was not much more persevering than he.

REPRODUCED FROM THE COLLECTIONS OF THE GEOGRAPHY AND MAP DIVISION

RailRoad



**Regional character of the fur trade**

Remote (traditional) area ▨        Frontier districts (substantial ⋯⋯ cash buying)

Marginal fur trading area

**Transportation network**

CPR Mainline ▬▬▬        * Canadian Northern ▬▬▬
* Grand Trunk Pacific ▬▬▬        * National Transcontinental ▬ ─ ▬
Other railways ▬▬▬        Steamboat service ─ ─ ─
* Amalgamated into Canadian National, 1917-23

**Innis travels in preparation for**
*The Fur Trade in Canada*

1923 ⋯⋯⋯⋯
1924 - rail ▬▬▬
      - canoe ─ · ─ · ─
      - steam tug ─ ─ ─

After Arthur J. Ray, *The Canadian Fur Trade in the Industrial Age* (Toronto: University of
Toronto Press, 1990).

**Innis and the Fur Trade in the 1920s**

0    400    800  Mi.
0    600    1200  Km.

© A. Ray, 1998        S. DANIEL / STUDENCELL MAPS

Under U.S. Right of Way Authority

ment after 1870 have appeared.[29] But the current economic interests and needs of aboriginal people are changing all of this. Resource depletion and state intervention for conservation purposes have eroded the aboriginal and treaty rights of many First Nations. Their efforts to redress these losses through comprehensive and specific claims negotiations and litigation are generating reams of supporting research into the modern fur trade. Innis's old insights, especially those of the closing section of *The Fur Trade in Canada*, are proving crucial for this new area of Canadian and First Nations history.

When Robin Winks penned his foreword to a revised edition of this book in 1961, he could not have anticipated the degree to which new fields of historical inquiry would continue to debate and mine the research findings and insights found in this single book. Two decades later, on the fiftieth anniversary of the book's publication, Irene M. Spry, an economic historian and former student and colleague of Innis, wrote: "Since [the publication of *The Fur Trade in Canada*] much new work on the fur trade has been done but Innis's pioneering analysis remains of basic importance, not only in relation to the fur trade itself, but for the light it throws on many current social and economic problems."[30] Two decades later, Spry's observations remain valid. Innis's great book remains essential reading for the study of Canada.

Arthur J. Ray
Department of History, University of British Columbia
1998

[29] For a general overview based on an extensive survey of Hudson's Bay Company records see Arthur J. Ray, *The Canadian Fur Trade in the Industrial Age* (Toronto, 1990). For case studies see Bishop, *The Northern Ojibwa*; Robert Jarvenpa, *The Trappers of Patuanak: Toward a Spatial Ecology of Modern Hunters* (Ottawa, 1980); Tough, "As Their Natural Resources Fail." Some regional history includes the pre- and post-1870 era. See, Bishop, *The Northern Ojibwa* and Kerry M. Abel, *Drum Songs: Glimpses of Dene History* (Montreal, 1993).

[30] Spry, "Innis," p. 291.

INTRODUCTION



Chart 1. The 1774 voyage of the *Santiago*, under the command of Juan Pérez, from San Blas, Mexico to the northern end of the Queen Charlotte Islands, British Columbia, Canada.

*[Handwritten annotations: "2016 United States for the Rights for the Oregon Territory" and "Spain Right to Oregon country" and "Violation of the law of the territory expansion"]*

## The voyage of 1774

The *Santiago* left San Blas on January 25, with a crew of eighty-eight men and twenty-four passengers bound for northern California. However, by March structural problems arose with the new ship, and they spent twenty-five days at San Diego making repairs. After stopping at Monterey for another twenty-six days, they continued their voyage northward.

Their orders were to go to 60° north, however, on July 19, they turned and headed northeast hoping to find land and take on fresh water. Many crew members were sick. That same afternoon they sighted land. It was the northern tip of Langara Island, the northernmost island of the Queen Charlottes. They were greeted by Haida Indians who came out in their canoes to trade. Pérez commented that these people seemed accustomed to trading brought out items for trade and fresh water for the ship. The Spanish did not go ashore to visit the Native settlement. When the winds increased, Pérez left and sailed north. They were just south of Dall Island, Alaska, when they turned to the south and sailed along the west coast of the Queen Charlotte Islands. By August 3, they were west of Vancouver Island. Approaching the coast, they were welcomed by canoes of Nuu-chah-nulth Indians. The Spanish noticed that their dress, appearance and language were different from the Natives they had met earlier.

Pérez named this bay Surgidero de San Lorenzo - the Anchorage of Saint Lawrence.
In 1778, Captain Cook renamed this sound, "Nootka." During the Nootka Controversy in 1789, Martínez could prove that the Spanish had first claimed that area because Cook had reported that the Indians traded him a silver spoon. It was a spoon that they had stolen from Martínez

(1615–1616), William Hawkridge (1625), Luke Foxe (1631–1632), and Thomas James (1631–1632) and the disquiet expressed by Sir William Monson, Hudson's discovery of the bay set the pattern of the search for the next 150 years.

## THE HUDSON'S BAY COMPANY AND ITS DETRACTORS (1668-1791)

French participation in the search for a northwest passage was slight after the voyages of Giovanni da Verrazzano and Jacques Cartier, whose St. Lawrence discoveries had momentarily promised a navigable route westward, but his hopes had vanished just south of Montreal in the narrow rapids that a century later were given the ironic name La Chine—China. From then on, French discoveries were strongly influenced by Indian stories of a great inland sea linked to the Pacific by various waterways and, apart from the travels of a few Jesuit missionaries north to Hudson Bay, exploration was directed west and southwest of New France. But if French zeal for knowledge of the Arctic lagged far behind English preoccupation with a northern passage to China, they were able to build up a predominant position in the fur trade. The relative accessibility by New France to the fur country of the north gave them a supremacy that could not conveniently be challenged. Not that is, until the arrival in England of Groseilliers and Radisson in 1665.

Médard Chouart, Sieur des Groseilliers, and his brother-in-law Pierre Esprit Radisson, two adventuresome coureurs de bois, had been heavily penalized by the colonial authorities in New France for flouting the bureaucratic system of licenses imposed on traders venturing into the interior in search of valuable beaver pelts and other furs. Frustrated and angry at their inability to obtain redress in France, they contracted with Boston shipowners to convey them to Hudson Bay, in their eyes a more advantageous loading point for merchantmen to the fur country. Were their plan to succeed, the French hegemony of the profitable European fur trade would be gravely imperiled, dependent as it was on the long circuitous route by canoe via the Great Lakes and the St. Lawrence River.

Although their New England venture came to naught, Groseilliers and Radisson's plans came to the attention of George Cartwright, a royal commissioner in Boston in 1664. He subsequently made a report to Lord Arlington, one of King Charles's inner circle of ministers.

> Hearing also some Frenchmen discourse in New England of a passage from the West Sea to the South Sea, and of a great trade of beaver in that passage, and afterwards meeting with sufficient proof of the truth of what they said, and knowing of what great endeavours have been made for the finding out of a north-west passage, he thought them the best present he could possibly make His Majesty, and persuaded them to come to England.[9]

The two Frenchmen arrived at an opportune moment. After twenty years of political strife and civil war, courtiers, financiers, merchants, and investors were now able to devote their energies to overseas enterprises. The plan now laid before them enjoyed, in the words of the official historian of the Hudson's Bay Company,

> the tradition of the North-west passage to Cathay, a tradition as inherent and as important in the British approach as the tradition of the inland Sea was in the French. Despite a century and a half of disasters the idea still ruled men's minds; it has never become a mere convention to which lip-service must be paid before more practicable projects were broached. It was a seriously held and warmly supported concept, and any project which embodied a further attempt to discover the North-West passage was certain of influential support in Restoration England. It would be backed by the scientists, the Admiralty, and the vast financial and political interests. It would claim support from all who were filling the debates in Parliament, the pamphleteering press and the coffee-house gossip, with discussions of the best methods of organizing our trade on a balanced imperial basis.[10]

On Groseilliers' exploratory voyage of 1668–1669, before the company was formally chartered, trade was given priority over discovery, but a passage to the South Sea was to be sought if the opportunity should arise. It is also clear that Groseilliers and Radisson had embroidered the story of their wanderings to intrigue their English audience. Their instructions read:

> You are to have in your thoughts the discovery of the Passage into the South sea and to attempt it as occasion shall offer with the advice and direction of Mr. Gooseberry and Mr. Radisson, or one of them they having told us that it is but 7 daies paddling or sailing from the River where they intend to trade and Harbour unto the sinking Lake and not above 7 daies more to the Streight which leads into that sea they call the South sea from thence but forty or fifty leagues to the sea it selfe in all which Streight it Ebbs and flows by means whereof the passage up and downe will be quicke and if it be possible you

north, that is, no title at all, unless followed by actual occupation.

In 1806, Russian officials of high rank favored the founding of a post on the Columbia, to prevent that region from falling into American hands, but nothing was accomplished in this direction.

In 1806-7 the boundary east of the mountains was again the subject of negotiation; and by a treaty, like the preceding ones never ratified, though approved by both governments, it was fixed on the parallel of 49°, as far westward as the possessions of the respective parties might extend, but not to the territory claimed by either beyond the Rocky Mountains. It is noticeable that President Jefferson objected to the last condition as "an offensive intimation to Spain that the claims of the United States extend to the Pacific Ocean." The choice of 49° seems to have originated in an erroneous impression from certain old maps that such was the line fixed between French and English possessions in 1713.

In 1806 two forts were established on Fraser and Stuart lakes respectively, and having founded Fort George in 1807 at the confluence of the Stuart and Fraser rivers, in 1808 the two adventurers who had named those streams went down the latter to its mouth, in latitude 49°.

It was also in 1808 that Russia made some complaints respecting the movements of American traders; and in the negotiations which resulted, it was stated that the Russian American fur company claimed the whole coast to and beyond the Columbia.

The Missouri fur company having been organized in 1808, Henry, one of its agents, founded in 1809 a trading-post on the Henry branch of Snake River in about 44°. This was the first establishment by citizens of the United States west of the Rocky Mountains; but on account of Indian hostilities it had to be abandoned in 1810.

The Winships of Boston attempted in 1810 to estab-

lish a trading-post on the south bank of the Columbia, about fifty miles above its mouth; but the scheme was abandoned on account of the hostile attitude of the natives.

In 1810 Thompson of the Northwest Company, after exploring the river that bears his name, wintered near the junction of Canoe River and the main Columbia in about 52°. In the spring of 1811 he continued his journey down the river, taking possession by raising flags and huts at various points, to the Spokane in 48°; and there a post was established by Stuart or McDonald, in what month does not appear. Thompson was the first to explore the main Columbia above the mouth of the Snake. He doubtless intended to take possession for his company and for England at the mouth of the Columbia, where he arrived in July; but he was too late.

The Pacific Fur Company of New York, organized by Astor in 1810, sent out by sea a party which in March 1811 founded the post of Astoria, on the south bank of the Columbia near its mouth. Later in the year this company sent men up the river to found a post at the mouth of the Okanagan in about 48°; and points on the Clearwater and Willamette were occupied for a time as stations by parties of trappers.

The most that can be claimed for the acts of Astor's company is that they gave to the United States the same kind of territorial rights as England had gained from the founding of forts Fraser, Stuart, and others in the north; that is, that the founding of Astoria was a legitimate act of occupation, giving a national title—permanent if the settlement should not be abandoned—to a certain territory, the extent of which would depend on subsequent operations of this company and others. There was nothing in what had been done that necessarily prevented either the Pacific or Northwest companies from extending their posts north or south, leaving the question of boundaries to be settled later.

In the conclusion of the report it was proposed that naval forces should be established on the Pacific Ocean "for the protection of the interests of the Russian promyshlenniks and the dignity of Russia."

Upon approving the proposals of Vorontsov and Bezborodko the Russian government recommended to the College of Foreign Affairs that "it put into effect everything presented therein for the preservation of our right to the lands through discovery by Russian navigators, inasmuch as that [preservation] depends on it."[10] At the same time the Admiralty College issued a directive ordering squadrons of the Baltic fleet sent to the Pacific. The Russian government was prevented from sending an expedition to northwestern America on account of the war with Turkey, which had begun, and then also with Sweden. Thus the Russian government set about resolutely to defend Russia's interests in the northeastern part of the Pacific.

Chirikov's idea about the need to settle and strengthen Alaska and the adjacent islands was developed further by Grigorii Ivanovich Shelikhov,



THE GREAT RUSSIAN NAVIGATOR A. I. CHIRIKOV

Maritime map of northeastern Asia and northwestern America, reflecting the exploration of Shelikhov in 1782-1784

who took several practical steps for their realization. In the first years of his stay in the east he tried to eliminate the tyranny of many merchants, who thought first of their own enrichment and rapaciously destroyed the value of this region. Thus one of Shelikhov's biographers wrote about him "With a spirit characteristic of the statesman he set as his principal objective the consolidation of the occupied islands for the fatherland, to bring their inhabitants under subjection to Russia, to establish permanent settlements only where possible."[11]

Shelikhov set about achieving this plan in 1783 when he created the trading company of Shelikhov and the Golikov brothers. At the same time he departed from the mouth of the Urak River into the open sea at the head of an expedition. Wintering on the Commander Islands, the expedition reached Kodiak Island in August 1784 where a permanent settlement was founded and the beginning made for Russian colonies in America. On the south side of the island Three Saints Harbor was established that same year



THE GREAT RUSSIAN NAVIGATOR, A. I. CHIRIKOV

An enlargement showing the right-hand portion of the maritime map of northeastern Asia and northwestern America shown on page 248-249.

Epilogue



Violation of Sales

Douglas by British occupation under trade of fur from north-west company of Montreal.

① 

166

An Essential Geography of the Fur Trade

E.A. Ray, 1998

S. DANIEL / STANWELL, Mass

Start of fur trade
and End of occupation

**Fur trade waterways**

Saguenay River

Trans-continental "mainline" segments

a = Ottawa - French River; b = Rainy - Winnipeg River; c = Churchill - Saskatchewan; Upper Churchill River; d = Clearwater - Athabasca; e = Mackenzie River; f = Peace River

**Hudson Bay Access**

g = Hayes - Nelson River; h = Albany; i = Moose River; j = Rupert River; k = English River; l = Columbia River; i = Sweska River

Pacific Access

Primary beaver area

Hudson Bay drainage basin

Hudson Bay

James Bay

Atlantic Ocean

REPRODUCED FROM THE COLLECTIONS OF THE GEOGRAPHY AND MAP DIVISION



Figure 4. Part of a 1688 map of New France by Father Vincenzo Coronelli, showing the water route Courtemanche took from Montreal (upper right corner) along the Ottawa River and through Lakes Nipissing and Huron to Michilimackinac.



Case 1:16-cv-00281-JEJ   Document 1-3   Filed 02/17/16   Page 42 of 61

France and England needed American sugar, grain, meat, cotton, and other supplies. Each nation wanted to trade with us, but each forbade us to trade with the other. If an American vessel sailed to England, she was in danger of being seized by a French warship; if she sailed for France, she was in danger of being seized by a British warship. Hundreds of our vessels were thus lost during the Napoleonic wars, which are so called because Napoleon was then emperor of France.

A worse offense, which only the British committed, was to "impress" our sailors; that is, to take men from an American ship and force them to serve in the British navy.

British sailors led a dog's life in those days. They were always poorly paid; often they were badly treated by their officers. For that reason many deserted (ran away) and got jobs on American ships. At first British warships would stop our vessels at sea and search them for deserters. Then some of the British captains grew careless of American rights; they took from our ships as many sailors as they wanted, saying our men must be British because they spoke English. Thus within a few years, more than 6000 Americans were wrongfully impressed. To end this evil once for all, Congress voted for war.

**Fighting on Land.** Three attempts were made by American armies to invade and capture Canada. Each army was small, poorly prepared, and badly led. Their invasions ended in defeat or failure.

the fir
m

# CHAPTER XX

## OUR SECOND WAR WITH GREAT BRITAIN

While Jefferson was president the United States had much trouble with England. Often the trouble was bad enough to cause war, but Jefferson somehow managed to keep the peace.

The next president, James Madison, was also a man of peace. After trying his best to avoid fighting, he was forced by vote of our Congress to declare war; for, you must know, though the president gives notice that war has begun, he may not do so till Congress has made the decision. Congress alone has the right to make war.

This second conflict with Great Britain is commonly called the War of 1812, for the poor reason that it began in that year. Our first question is, What caused it?

**Why War was Declared.** The chief reason was that, while France and England were fighting in Europe, both nations seemed to ignore American rights on the sea. It happened in this way:

British occupation

Case 1:16-cv-00281-LEJ   Document 1-3   Filed 02/17/16   Page 43 of 61

# C A N A D A ;

## ITS FIRST SETTLEMENT AND EARLY HISTORY, CLIMATE

## AND PRODUCTIONS.

The first settlement made by Europeans in Canada, was in 1535, by Jacques Cartier, a French navigator, who sailed up the river of Canada, (which he named the St. Lawrence, as far as the island of Montreal, where he found a settlement of Huron Indians, called Hochelaga, to which island he gave the name of Mont Royale, (afterwards called Montreal.)  He took possession of the territory, which he called New France—built a fort—and wintered in the country.  On this expedition he carried off a chief of the natives, and conveyed him to France, where he lived about four years, was converted to Christianity, and died there. In 1540, an expedition, consisting of five ships, under the command of Cartier, was fitted out by command of François de la Roque, Lord of Roberval, who had been appointed Viceroy of Canada by the King of France; and who himself intended to follow with two additional ships.  His departure, however, was postponed till the year 1542.  When he arrived in Canada, he built a fort, and wintered about four leagues above the island of Orleans.  In 1549, the same nobleman, accompanied by his brother, and a numerous train of adventurers, again embarked for Canada; but they were never afterwards heard of, which so discouraged the government and people of France, that for more than thirty years no further measures were taken to communicate with the settlers who remained in Canada.

In 1576, Martin Frobisher was sent out by Queen Elizabeth, with three small ships, and discovered Elizabeth Foreland, and the straights which still bear his name.  He entered a bay in north latitude 63°, and carried off one of the natives.  In this voyage he discovered what he supposed to be gold, which encouraged a society of adventurers to send him out the following year, with three other ships, to explore the coast of Labrador and Greenland, with an ultimate view of discovering a passage to India; but he returned without success. He brought away with him nearly two hundred tons of the ore supposed to be gold; which however, to their disappointment, turned out to be some other mineral.  In 1578, he sailed again for the continent of North America, with no less than fifteen ships, in search of gold; and carried home immense quantities of the same glittering substance, to the complete ruin of many of the adventurers.

In 1581, the French trade to Canada was renewed, after an interruption of more than thirty years; and in 1583, three ships were employed in the trade to the continent.

French

Case 1:16-cv-00281-JEJ   Document 1-3   Filed 02/17/16   Page 44 of 61



rt's Land, Located in Central and North Canada (Credit
p://bcheritage.ca/tod/adventure/f_nation/rupert.htm))

{{/if}}
Selling their holdings in the
{{/if}} {{/if}}
sprawling Rupert's Land was a
{{{ body }}}
consideration.

## HBC Charter for Rupert's Land

Hudson's Bay Company (HBC)
controlled the vast region in the
centre of what would become
Canada. Given a Charter by King

{{#if isPublished}}
Charles II in 1670 to dominate trade, the HBC was a powerful
{{#if adsEnabled}}
monopoly in British North America. Encompassing the Hudson's
Bay drainage basin, Manitoba, a large portion of Saskatchewan,
{{#if clientsiderender}}
southern Alberta, northern regions of Ontario and Quebec, and
{{else}} {{/if}}
part of Nunavut, the Charter also included northernmost parts of
Montana, Minnesota, and North and South Dakota. The land was
{{/if}}
valuable, with more than one interested purchaser.

## USA Interested in Northerly Expansion

"The Americans, who had just paid Russia $7.2 million for Alaska
in 1867, were looking for other properties to expand the Republic
and eyed the territory," said CBC Learning's "Canada: a People's
History" in *Canada Buys Rupert's Land*. The British had other
ideas. Under the British North America Act, 1867, Canada was a
newly formed country and ready for growth. Confederation united
Ontario, Quebec, New Brunswick and Nova Scotia with Sir John A.
Macdonald as first Prime Minister. The Dominion of Canada
wanted the right to purchase the enormous parcel of land, nearly 8

{{#unless isDraft}}      {{#if stats.favs}} {{stats.favs}} {{/if}}
million acres.
{{#if stats.responses}} {{stats.responses}} {{/if}}

{{#if stats.discussions}} {{stats.discussions}} {{/if}} {{/unless}}
## All Rights to Government of Canada
{{#if owner}} {{#if author}} {{#if author.index}} {{else}} {{/if}}    {{/if}} {{/if}}  Edit

Case 1:10-cv-00201-JES Document 1-3 Filed 02/17/16 Page 45 of 61

knowing that he had been employed as a main instrument in the accomplishment of these marvelous results.—*America in Hawaii.*

## OTHERS WANTED HAWAII.

THE Hawaiian Islands from 1838 to 1843 were the scene of many intrigues on the part of agents and subjects of France and England. The native government at best was a weak affair, and the native rulers often allowed themselves to be led into transactions that threatened the existence of the government. In several instances relief came only through the aid of American residents and the positive action of the United States government.

In 1839 while Kamehameha III. was King, he was compelled by French agents and residents to comply with certain unwarrantable demands, and as a security for future good behavior was required to deposit the sum of $20,000. The King was well-nigh powerless in the emergency, for such a sum of money was not available for an Hawaiian king. It is believed that the demand was purposely made to offer an excuse for France to seize the islands. The King in his weakness appealed to the American merchants and they came forward and advanced the money, which averted this particular peril.

In 1842 the British consul, a coarse and illiterate man, incited by an ambitious British subject, succeeded in involving the native government in difficulties that led to the hoisting of the British flag over the lands. So carefully was the affair planned that it was thought to be impossible for the natives and Americans to protest before the British home government had formally approved of the action of the Hawaiian consul. Americans were informed of the situation and a secret arrangement was made whereby Mr.

J. F. B. Marshall, a young American merchant of Honolulu, was selected to secure passage to Washington with dispatches and thence to the English government with a protest against the action of the British consul and a request to have this action disavowed. Plans were made for the instigator of the plot to sail on "her majesty's tender Albert," which was being fitted up for the purpose and would sail as soon as ready.

The King and his premier had gone to the island of Maui, and their signatures to the papers were necessary and there was no time to lose. The papers were drawn up and taken to Maui for the official signatures of the King and his premier, and Mr. Marshall was ready to sail on the Albert without his mission being known to the agent of the British consul. Many amusing incidents happened during the journey, and later in Mr. Marshall's efforts to secure an interview with the Earl of Aberdeen. It came about after a great deal of ceremony, and the acts of the British consul and those who had promoted the plot were disavowed and the British flag had to come down. A protest from the United States government perhaps was the real cause. Daniel Webster was then Secretary of State, and on his way Mr. Marshall met him in Boston and made known his mission to the two governments and narrated the details of the plot. Mr. Webster was indignant at the action of the British authorities and said to Mr. Marshall: "We will await the result of your mission. If England does not then disavow the acts of Lord George Paulet and restore the group, *we'll make a fuss.*"

A noble-hearted American, doing business in the islands, advanced the necessary funds to meet Mr. Marshall's services and bills, for which the King agreed to pay him in *fire-wood,* all the King's other revenues being cut off. These expenses, it may be added, amounted to $1,995.95, which seem insignificant when measured by the cost of most royal commissions.

D. H. Knowlton & Co., Publishers, Farmington, Maine

*1794 Treaty*

*Sales of Mantobia by Hudson bay company + Labador Land*

→ *Sales of Ruper ts Land*

*1843 Goundary*

*1840 Northern Departement*

*1878 Convention*

# HISTORY

OF

## THE OREGON TERRITORY

AND BRITISH NORTH-AMERICAN
FUR TRADE;

WITH

### AN ACCOUNT

OF THE HABITS AND CUSTOMS OF THE PRINCIPAL NATIVE
TRIBES ON THE NORTHERN CONTINENT.

BY JOHN DUNN,

LATE OF THE HUDSON'S BAY COMPANY; EIGHT YEARS A RESIDENT IN THE
COUNTRY.

LONDON:
EDWARDS AND HUGHES, AVE MARIA LANE.
1844.

THE HUDSON'S BAY COMPANY ON THE PACIFIC, 1821-1843

by

RICHARD SOMERSET MACKIE

M.A. (Hons.), University of St. Andrews, 1981
M.A., University of Victoria, 1984

A THESIS SUBMITTED IN PARTIAL FULFILLMENT OF

THE REQUIREMENTS FOR THE DEGREE OF

DOCTOR OF PHILOSOPHY

in

THE FACULTY OF GRADUATE STUDIES

Department of History

We accept this thesis as conforming

to the required standard

THE UNIVERSITY OF BRITISH COLUMBIA

June 1993

© Richard Somerset Mackie, 1993

153 – 154

^M00:00:00
>> From the Library of Congress in Washington, D.C.
^E00:00:05
^B00:00:24
>> Mary Lou Reker:  Hello, my name is Mary Lou Reker, and on behalf of the Library of Congress' Office of Scholarly Programs and the John W. Kluge Center, I welcome you to a lecture by Dr. Oana Godeanu-Kenworthy, entitled, "When the U.S. Went to War with Canada:  Competing Narratives of the 1812 War."  Now, first of all, I want to remind you to be sure your cellphones are off, and that if you should ask any questions at the end of the session, it constitutes permission for us to record those questions.  And I also want to thank the John W Kluge family for their continued support of the Kluge Center and the wonderful fellowships that have brought so many scholars to us.  If you want to learn about more about our programs, just go to loc.gov/Kluge, K-L-U-G-E.

Dr. Godeanu-Kenworthy received her Ph.D. in English from the University of Bucharest in 2006.  Her dissertation, which was on "British Colonialism in 19th Century Canada," received the Best Doctoral Thesis in Canadian Studies award as granted by the International Council for Canadian Studies.  She is a lecturer in the American Studies Department of Miami University in Oxford, Ohio, and prior to this, was an Assistant Professor in Foreign Languages and Literatures at the Spiru Haret University in Bucharest.  Dr. Godeanu-Kenworthy's research looks at Canada against the historical intersect of British and American interests.  Her work has been published in a number of journals, including the "Journal of European Studies," the "American Review of Canadian Studies," the "Early American Studies Journal," and the "Central European Journal for Canadian Studies."  She has contributed articles and chapters to edited volumes published in Romania, Poland and Serbia, and her book, which she has been working on this year under her Kluge Fellowship, is currently under contract to the University of Toronto Press.  Please help me welcome her today, Dr. Oana Godeanu-Kenworthy.
^M00:02:59
[ Applause ]
^M00:03:04
>> Dr. Godeanu-Kenworthy:  Thank you all for being here.  And before I start, I want to say how grateful I am for having had the opportunity to be here at the Kluge Center to research every day in this beautiful building.  It's been a great experience.  Thank you, Mary Lou, thank you, Calan [phonetic], and all the staff at the Kluge, and our interns -- I see Becky in the audience -- thanks for making this a very productive stay.

My talk today draws upon the book manuscript, which I completed during my stay at the Kluge and which deals with the literary representations of the U.S. in colonial Canada.  My focus is on the relationship between 19th century debates surrounding republicanism and popular democracy and the literary image of the U.S. in colonial Canada.  My argument is that because of the similarities between, particularly English Canada in the U.S., the emphasis on the political distinctions and the values that upheld the two forms of government, the two communities embraced, are central to the shaping of almost decentralized national images about the U.S. in Canada.  Right now, I will focus on the role of the War of 1812 in the articulation of a Canadian colonial response to the American cultural nationalism in the 1830s and 1840s.  First, I will give a full presentation of the War and of the role of memory of the War of 1812 in Canadian cultural nationalism.  Then I will turn to discussing how narrativizing the War in the fiction of a colonial Canadian writer, John Richardson, fits in the political context of the decade of the 1830s, early 1840s.  And I will contrast, I will conclude by contrasting Richardson's fictional work and fictional use of the past and of North American geography with that of his contemporary and model, the American writer, James Fenimore Cooper.

A short historical background.  In Canada and the U.S., the nation building process happened at different times and responded to different needs.  In the U.S., the military and political struggles of 1776 galvanized a sense of nationalism early on,

Throughout the ten years named in the treaty the English fur-hunters remained in possession of the territory, their rivals failing to exercise the privileges conceded to them. Meanwhile there occurred a series of events which had an influence on this subject, though the importance of some of them in this respect has generally been exaggerated.

The first was the signing of the Florida treaty between the United States and Spain on Feb. 22, 1819. The negotiations preceding this treaty were long and complicated; but the boundary in northern regions was an unimportant feature in the discussions. In 1805 the United States had proposed a line running north from the sources of the Red River; while Spain had preferred a boundary commission to explore the unknown region north of Red River and investigate documents bearing on the title; but nothing was done.[6] At the beginning of 1818 the Spanish plenipotentiary, Luis de Onis, wrote: "The right and dominion of the crown of Spain to the Northwest Coast of America as high as the Californias, is not less certain and indisputable, the Spaniards having explored it as far as the 47th degree, in the expedition under Juan de Fuca, in 1592, and in that under the Admiral Fonte to the 55th degree in 1640." That the Spanish claim was thus founded on the fictitious discoveries of Fuca and Fonte shows how little was known or cared about the matter; the claim was not disputed, and the subject was dropped until the question of boundary came up near the close of the negotiation. Spain had wished in exchange for Florida to obtain everything west of the Mississippi; but attention was given almost exclusively to the south. On October 31st Mr Adams proposed as a boundary the Red River, Rocky Mountains, and the line of 41° to the Pacific. This was the first intimation of

[6] *President's Mess. and Doc.*, 9, 1805, *8th Cong. 2d Sess.*, in *American State Papers, For. Rel.*, ii. 662, 665; Twiss, *Or. Quest.*, 231, also cites *British and Foreign State Papers*, 1817-18, 321, but gives the date of a document cited incorrectly.

a claim to territory west of the mountains; and at first Spain would not listen to anything of the kind, but soon viewed the idea more favorably. In January 1819, Onis proposed a line from the source of the Missouri to the Columbia, and down that stream to the Pacific. This being rejected, he proposed the upper Arkansas and line of 41° to the Multnomah, or Willamette, and down the river to the ocean, Adams in response offered the upper Arkansas and line of 41° to the Pacific, whereupon Onis suggested 42° from the Arkansas to the Multnomah, and 43° from the latter stream to the ocean. Finally Onis for Spain proposed 42° from the Arkansas to the Pacific, and Adams agreed to this in behalf of the United States. The treaty was signed accordingly.[7] By this treaty "His Catholic Majesty cedes to the United States all his rights, claims, and pretensions to any territories east and north of the said line, and ... renounces all claim to the said territories forever." That is, the Northwest Coast above the latitude of 42°. I have already shown that Spain had no rights in that territory except that of making settlements in

[7] *American State Papers, For. Rel.*, iv. 455, 500-2, 615-24, being the *President's Mess. and Doc.*, Feb. 22, 1819, *15th Cong. 2d Sess.*; Twiss, *Or. Quest.*, 229-44, containing the same correspondence. Art. 3. The boundary line between the two countries, west of the Mississippi, shall begin on the Gulf of Mexico, at the mouth of the river Sabine, in the sea, continuing north along the western bank of that river to the 32d degree of latitude; thence by a line due north, to the degree of latitude where it strikes the Rio Roxo of Nachitoches, or Red River; then following the course of the Rio Roxo westward, to the degree of longitude 100 west from London, and 23 from Washington; then crossing the said Red River, and running thence by a line due north to the river Arkansas; thence following the course of the southern bank of the Arkansas to its source, in latitude 42 degrees north; and thence by that parallel of latitude to the South Sea. But if the source of the Arkansas River shall be found to fall north or south of latitude 42 degrees, then the line shall run from the said source due north or south, as the case may be, till it meets the said parallel of latitude 42 degrees, and thence along the said parallel to the South Sea... The previous propositions were also here in Melish's map; and had any of the lines been adopted, great would have been the geographical confusion eventually; but there was no room for trouble in the line as finally determined. This treaty was subsequently ratified by Mexico in 1828.

Case 1:16-cv-00281-UEJ Document 1-3 Filed 02/17/16 Page 49 of 61

304

★ **KAMINISTIQUIA PORTAGE**

*Broadway and Pointe de*
*Meuron Road, Thunder Bay*

The canoe landing, the beginning of the long portage route to the GREAT WEST, was used by the Indians for ages, by Jacques de Noyon in 1688, subsequently by French, British and Canadian discoverers, explorers and traders.

★ **FORT WILLIAM**

*Heath Park, Thunder Bay*

The mouth of the Kaministiquia, for ages the gateway of canoe traffic with the interior, became later the Lake terminal of great transcontinental railways. The first sod of the Canadian Pacific Railway was cut by Adam Oliver, M.P.P., on 1st June, 1875. The first sod of the Grand Trunk Pacific Railway was cut by the Right Honourable Sir Wilfrid Laurier, Premier of Canada, at the Canadian Pacific Railway crossing, on 11th September, 1905. The first grain from the West to reach Fort William arrived in 1883, and was loaded with wheelbarrows into steamers from the East.



*Fort William (Thunder Bay)*

★ **PORT ARTHUR**

*Connaught Square, Thunder*
*Bay*

Radisson and Groseilliers were the first Europeans on Thunder Bay, 1662. Wolseley's Red River expeditionary force camped at the foot of Arthur Street, 19th May, 1870, named by him "Prince Arthur's Landing," advanced by the Dawson Road via Lake Shebandowan and other lakes and rivers connected by portages to Fort Garry to suppress the Red River Rebellion. The Dawson Road, begun in 1869, by Simon J. Dawson, C.E., was used by immigrants to the West until the con-

struction of the Canadian Pacific Railway, in 1882. The Canadian Pacific Railway built its first elevator at Port Arthur in 1883 and the shipment of Manitoba wheat was carried to the East by the ste... "Erin", Captain J. Clifford.

● **THE WESTERN ROUTE OF THE C.P.R.**

*Corner of Ridgeway St*
*Syndicate Ave., Thun*
*Bay*

In June, 1875, the first sod on the Canadian Pacific Railway's from the Lakehead to the West was turned at Fort William. A go... ment contract of that year called for the building of a line north towards Lake Shebandowan. In 1882 the government completer railroad from Fort William to Winnipeg, while between 1882-188 Canadian Pacific Railway Company, incorporated in 1881, exte the railway across the prairies and through the Rockies via Ki Horse and Rogers Passes. Meanwhile Andrew Onderdonk, t structed the line eastward from Fort Moody, B.C. The last spike driven at Craigellachie in Eagle Pass, November 7, 1885.

● **CAPTURE OF FORT WILLIAM 1816**

*Paterson Park, Thunde*
*Bay*

In 1812 the Earl of Selkirk, a principal shareholder of the Hud Bay Company, founded a settlement of Scottish emigrants in the River valley. The North West Company feared that this colony w adversely affect the fur trade and a series of clashes ensued culm ing in the Massacre of Seven Oaks, June 19, 1816. Selkirk had Montreal with a contingent of disbanded Swiss mercenaries of th Meuron and De Watteville regiments and, on August 13, 181 seized the Nor'Westers' headquarters at Fort William and arre several senior partners. The bitter legal conflict which followed te nated with Selkirk's death in 1820 and the union of the compani 1821.

● **THE ROBINSON SUPERIOR TREATY**

*Chippewa Park, Thunc*
*Bay*

On September 7, 1850, a treaty was concluded at Sault Ste. M between the Hon. W. B. Robinson, representing the government nine Ojibwa chiefs and head men. Under its terms the Ojibwa su dered territory extending some 400 miles along the shore of L Superior, from Batchawana Bay to the Pigeon River, and north to the height of land delimiting the Great Lakes drainage area. I turn, the Indians were allotted three reserves, a cash settlement a







Hudson's Bay Basine
Limited to Fur trading
Not Right to postage
is permitted.
No Right to fort therefor
is occupation need Liberty

All the England claim
is Durches of United
states from

@France
@Spain

2016
No Right to England
in North America

THE
THIRTEEN
COLONIES
1763

July 4, 20 S
United states
of Canada
is Free

Independent





THE
AMERICAN REVOLUTION
1775 – 1783



LIMTs OF GRANT
COMPANY

1- SOLe
2- TRADING
3- RIGHTs
4- in the Hudson Bay DRAiney Basi



**Library and Archives**
**Canada**

**Bibliothèque et Archives**
**Canada**

**Canadá**

Home > Politics and Government > Canadian Confederation

# ARCHIVED - Canadian Confederation

## Archived Content

This archived Web page remains online for reference, research or recordkeeping purposes. This page will not be altered or updated. Web pages that are archived on the Internet are not subject to the Government of Canada Web Standards. As per the Communications Policy of the Government of Canada, you can request alternate formats of this page on the Contact Us page.

## Maps: 1667–1999

### Map: 1870

**1870**



The North-West Territories (Rupert's Land and the North-Western Territory) are acquired by Canada from the Hudson's Bay Company. From part of them Manitoba is created as the fifth province.

Source

**Previous | Next**

*writ ALL kind of charter in which the charter based on informal in Accordance its mandate Registration*



FRANCE—1803.  509

" of the conditions and stipulations herein relative to his Royal High-
" ness the Duke of Parma, the Colony or Province of Louisiana with
" the same extent that it now has in the hands of Spain, & that it had
" when France possessed it; and such as it should be after the Trea-
" ties subsequently entered into between Spain and other States."[a]

And whereas in pursuance of the Treaty and particularly of the
third article the French Republic has an incontestible title to the
domain and to the possession of the said Territory—The First Consul
of the French Republic desiring to give to the United States a strong
proof of his friendship doth hereby cede to the said United States
in the name of the French Republic forever and in full sovereignty
the said territory with all its rights and appurtenances as fully and
in the same manner as they have been acquired by the French Repub-
lic in virtue of the above mentioned Treaty concluded with his Cath-
olic Majesty.

ART : II

In the cession made by the preceding article are included the adja-
cent Islands belonging to Louisiana all public lots and squares, vacant
lands and all public buildings, fortifications, barracks and other edi-
fices which are not private property. The Archives, papers and docu-
ments relative to the domain and sovereignty of Louisiana and its
dependencies will be left in the possession of the Commissaries of the
United States, and copies will be afterwards given in due form to the
Magistrates and Municipal officers of such of the said papers and doc-
uments as may be necessary to them.

ART : III

The inhabitants of the ceded territory shall be incorporated in the
Union of the United States and admitted as soon as possible accord-
ing to the principles of the Federal Constitution to the enjoyment of
all the rights, advantages and immunities of citizens of the United
States; and in the mean time they shall be maintained and protected
in the free enjoyment of their liberty, property and the Religion
which they profess.

ART : IV

There shall be sent by the Government of France a Commissary to
Louisiana to the end that he do every act necessary as well to receive
from the Officers of his Catholic Majesty the said country and its
dependencies in the name of the French Republic if it has not been
already done as to transmit it in the name of the French Republic to
the Commissary or agent of the United States.

ART : V

Immediately after the ratification of the present Treaty by the Pres-
ident of the United States and in case that of the First Consul's shall
have been previously obtained, the Commissary of the French Repub-

[a] For full text of agreement see page 506.

The Charter of The city of Harrisburg
which is own by John Harris is other Add
to the trust of puplic of the city of Harri
under
Marten
withe
King
larger
trust

in Accordance to "The Trenton Decree" Penn om ite war

Penn's death. Dissatisfaction with the defense of the frontier in the French and Indian War fostered another attempt to replace charter government with royal colonial administration, but this movement also failed. When Pennsylvania entered the Revolution, the state took over the Penn family's title to the land by enacting the Divesting Act of 27 November 1779. This coupled with the termination of proprietary government, seemed to make the Charter meaningless, but Pennsylvania revived it in 1782, as the only way to show primacy over Connecticut's claim to a large part of northeastern Pennsylvania. Today, the Charter provides the historical basis for chains of title in Pennsylvania's real estate system and for governments of the older political subdivisions of the state. — Connecticut

▲ Page one of the Charter of King Charles II to William Penn, March 4, 1681, iron gall ink on parchment, in Record Group 26, Records of the Department of State. Basic Documents of Pennsylvania Including Proprietary Charters and Deeds, Indian Deeds, and State Constitutions.

**The Charter gave Pennsylvania boundaries that seemed precise at the time, but eventually proved ambiguous.**

Eastars flag

procession

For Washington D.C.
Land as in Act by federal
protection SSince July 4, 1776.
Mostrick Right of

# FRENCH EXPLORERS



river and all the land on both sides for his master the king of France. He named this middle part of what is now our country Louisiana, in honor of King Louis.